UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| RITCHIE CAPITAL MANAGEMENT, L.L.C., RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND), LIMITED, RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND) II, LIMITED, WALKERS SPV LIMITED, as trustee for Ritchie Risk-Linked Life Strategies Trust I and Ritchie Life Strategies Master Trust, and RITCHIE RISK-LINKED STRATEGIES TRADING, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> COVENTRY FIRST LLC, THE COVENTRY GROUP, INC., MONTGOMERY CAPITAL, INC., LST I LLC, ALAN BUERGER, CONSTANCE BUERGER, REID S. BUERGER, ANTONIO MUNIZ, ALEX SELDIN, NEAL JACOBS, EILEEN SHOVLIN, and JIM DODARO, <br><br> Defendants. | 07 Civ. 3494 (DLC) <br><br> ECF Case <br><br><br><br><br><br><br> **PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs submit the following statement identifying their parent corporations and any publicly held corporation owning 10% or more of their stock.

1.  Plaintiff Ritchie Capital Management, L.L.C. has no parent corporation and no publicly held corporation owns 10% or more of its membership interests.

2.  The parents of Plaintiff Ritchie Risk-Linked Strategies Trading (Ireland), Limited are Matsack Trust Limited and Matsack Nominees Limited, and no publicly held corporation owns 10% or more of its ordinary shares.

3. The parents of Plaintiff Ritchie Risk-Linked Strategies Trading (Ireland) II, Limited are Matsack Trust Limited and Matsack Nominees Limited, and no publicly held corporation owns 10% or more of its ordinary shares.

4. Plaintiff Walkers SPV Limited is trustee for Ritchie Risk-Linked Life Strategies Trust I. The sole beneficiary of Ritchie Risk-Linked Life Strategies Trust I is Ritchie Risk-Linked Strategies, L.L.C., the parent of which is Ritchie Multi-Strategy Global, L.L.C., which has no parent corporation and is not publicly traded.

5. Plaintiff Walkers SPV Limited also is trustee for Ritchie Life Strategies Master Trust, the sole beneficiary of which is Ritchie Risk-Linked Strategies Trading, Ltd., which is described in paragraph 6 below.

6. The parent of Plaintiff Ritchie Risk-Linked Strategies Trading, Ltd. is Ritchie Risk-Linked Strategies (Bermuda), Ltd., which has no parent corporation and is not publicly traded.

Respectfully submitted,

LAW OFFICES OF THOMAS P. PUCCIO

Thomas P. Puccio
230 Park Avenue
New York, NY 10169
Tel: (212) 883-6383
Fax: (212) 883-6388

ROBBINS, RUSSELL, ENGLERT,
ORSECK & UNTEREINER LLP

By: *Daniel R. Walfish*
Lawrence S. Robbins (LR-8917)
Gary A. Orseck
Daniel R. Walfish (DW-5916)
1801 K Street, N.W.
Suite 411
Washington, D.C. 20006
Tel: (202) 775-4500
Fax: (202) 775-4510

*Counsel for Plaintiffs*

Dated: April 23, 2007
    Washington, D.C.