AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

__Southern__ DISTRICT OF __New York__

Ritchie Capital Management, L.L.C., et al.

        Plaintiffs,

V.

Coventry First LLC, et al.

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: JUDGE COTE

**07 CV 3494**

TO: (Name and address of defendant)

Coventry First LLC
7111 Valley Green Road
Fort Washington, PA  19034

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lawrence S. Robbins
Robbins, Russell, Englert, Orseck, & Untereiner LLP
1801 K Street, N.W.
Suite 411
Washington, D.C.  20006

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

# J. MICHAEL McMAHON

MAY 02 2007

CLERK

*Melanie L. Lopez*

(BY) DEPUTY CLERK

DATE

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 07 CV 3494

Date Filed: 5/2/2007

Plaintiff:
**Ritchie Capital Management, L.L.C., et al.**

vs.

Defendant:
**Coventry First LLC, et al.**

For:
Lawrence S. Robbins, Esq.
Robbins, Russell, Englert, Orseck & Unte
1801 K. Street N.W.
Suite 411
Washington, DC 20006

Received by Legal Ease to be served on **Coventry First LLC, 7111 Valley Green Rd., Fort Washington, PA 19034.**

I, Roy J. Friday, being duly sworn, depose and say that on the **7th** day of **May, 2007** at **12:00 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons & Complaint, Judge's Rules, ECF Rules, Magistrate Judge's Rules, Civil Cover Sheet & Rule 7.1 statement** to: **Krystal Lake as Executive V.P. for Coventry First LLC**, at the address of: **7111 Valley Green Rd., Fort Washington, PA 19034**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
Recipient was cooperative in accepting service & signed for documents.

**Description** of Person Served: Age: 33, Sex: F, Race/Skin Color: Caucasian, Height: 5-7, Weight: 130, Hair: Blonde, Glasses: N

I am over the age of 18 and have no interest in the above action.

Roy J. Friday
Process Server

Subscribed and Sworn to before me on the 7th day of May, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DAVID W. HAHN Notary Public
City of Philadelphia, Phila County
My Commission Expires August 7, 2007

Legal Ease
139 Fulton Street
New York, NY 10038
(212) 393-9070

Our Job Serial Number: 2007001160

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0a