AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ Southern _____    **DISTRICT OF** _____ **New York** _____

Ritchie Capital Management, L.L.C., et al.

             Plaintiffs,

**V.**

Coventry First LLC, et al.

             Defendants.

### SUMMONS IN A CIVIL CASE

CASE NUMBER:

JUDGE COTE

07    CV    3494

TO: (Name and address of defendant)

Jim Dodaro
Coventry Corporate Center
7111 Valley Green Road
Fort Washington, PA  19034

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lawrence S. Robbins
Robbins, Russell, Englert, Orseck, & Untereiner LLP
1801 K Street, N.W.
Suite 411
Washington, D.C.  20006

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

MAY 0 2 2007

_____
CLERK

_____
DATE

_Melanie L. Lopez_
(BY) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 07 CV 3494

Date Filed: 5/2/2007

Plaintiff:
**Ritchie Capital Management, L.L.C., et al.**

vs.

Defendant:
**Coventry First LLC, et al.**

For:
Lawrence S. Robbins, Esq.
Robbins, Russell, Englert, Orseck & Unte
1801 K. Street N.W.
Suite 411
Washington, DC 20006

Received by Legal Ease to be served on **Jim Dodaro Coventry Corporate Center, 7111 Valley Green Rd., Fort Washington, PA 19034**.

I, Roy J. Friday, being duly sworn, depose and say that on the **7th day of May, 2007 at 12:00 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **Summons & Complaint, Judge's Rules, ECF Rules, Magistrate Judge's Rules, Civil Cover Sheet & Rule 7.1 statement** to: **Krystal Lake as Executive V.P.,** a person employed therein and authorized to accept service for **Jim Dodaro** at the address of: **7111 Valley Green Road, Fort Washington, PA 19034,** the within named person's usual place of **Work,** in compliance with State Statutes.

**Additional Information pertaining to this Service:**
Recipient was cooperative in accepting service & signed for the documents.

**Description** of Person Served: Age: 33, Sex: F, Race/Skin Color: Caucasian, Height: 5-7, Weight: 130, Hair: Blonde, Glasses: N

I am over the age of 18 and have no interest in the above action.

Roy J. Friday
Process Server

Subscribed and Sworn to before me on the 8th day of May, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DAVID W. HAHN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires August 2, 2009

**Legal Ease**
139 Fulton Street
New York, NY 10038
(212) 393-9070

Our Job Serial Number: 2007001171

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0a

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
RITCHIE CAPITAL MANAGEMENT, L.L.C., et al.,

                          Plaintiffs,

        v.                                                07 Civ. 3494 (DLC)

COVENTRY FIRST LLC, et al.,

                          Defendants.
------------------------------------------------------------------------x

## DECLARATION RESPECTING SERVICE BY MAIL

I, Daniel R. Walfish, hereby declare:

On May 11, 2007, I served a copy of the attached Summons, as well as the Complaint, Civil Cover Sheet, Rule 7.1 Statement, 3rd Amended Instructions for Filing an Electronic Case or Appeal, Procedures for Electronic Case Filing, Guidelines for Electronic Case Filing, and Individual Practices in Civil Cases of Denise Cote, United States District Judge, on Jim Dodaro, a defendant in this action, by enclosing the documents in an envelope and mailing the envelope by first-class mail to the defendant at Coventry Corporate Center, 7111 Valley Green Road, Fort Washington, PA 19034, the defendant's actual place of business. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C. on May 11, 2007

                                     _____
                                     Daniel R. Walfish