AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ Southern _____     DISTRICT OF _____ New York _____

Ritchie Capital Management, L.L.C., et al.

Plaintiffs,

**SUMMONS IN A CIVIL CASE**

**V.**

CASE NUMBER:

Coventry First LLC, et al.

JUDGE COTE

Defendants.

07 CV 3494

TO: (Name and address of defendant)

LST I LLC
c/o Coventry First LLC
7111 Valley Green Road
Fort Washington, PA  19034

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lawrence S. Robbins
Robbins, Russell, Englert, Orseck, & Untereiner LLP
1801 K Street, N.W.
Suite 411
Washington, D.C.  20006

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_Melanie L. Lopez_

(BY) DEPUTY CLERK

DATE     MAY 0 2 2007

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 3494

Date Filed: 5/2/2007

Plaintiff:
**Ritchie Capital Management, L.L.C., et al.**

vs.

Defendant:
**Coventry First LLC, et al.**

For:
Lawrence S. Robbins, Esq.
Robbins, Russell, Englert, Orseck & Unte
1801 K. Street N.W.
Suite 411
Washington, DC 20006

Received by Legal Ease to be served on **LST I LLC c/o Coventry First LLC, 7111 Valley Green Rd., Fort Washington, PA 19034**.

I, Roy J. Friday, being duly sworn, depose and say that on the **7th day of May, 2007** at **12:00 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons & Complaint, Judge's Rules, ECF Rules, Magistrate Judge's Rules, Civil Cover Sheet & Rule 7.1 statement** to: **Krystal Lake as Executive V.P. for LST I LLC**, at the address of: **7111 Valley Green Rd., Fort Washington, PA 19034**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 33, Sex: F, Race/Skin Color: Caucasian, Height: 5-7, Weight: 130, Hair: Blonde, Glasses: N

I am over the age of 18 and have no interest in the above action.

Subscribed and sworn to before me on the 7th day of May, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

**Roy J. Friday**
Process Server

**Legal Ease**
**139 Fulton Street**
**New York, NY 10038**
**(212) 393-9070**

Our Job Serial Number: 2007001163

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DAVID M. PALIN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires July 7, 2007

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0a