UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| RITCHIE CAPITAL MANAGEMENT LLC, RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND), LIMITED, RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND) II, LIMITED, WALKERS SPV LIMITED, as trustee for Ritchie Risk-Linked Life Strategies Trust I and Ritchie Life Strategies Master Trust, and RITCHIE RISK-LINKED STRATEGIES TRADING, LTD., <br><br>             Plaintiffs, <br><br>     v. <br><br> COVENTRY FIRST LLC, THE COVENTRY GROUP, INC., MONTGOMERY CAPITAL, INC., LST I LLC, ALAN BUERGER, CONSTANCE BUERGER, REID S. BUERGER, ANTONIO MUNIZ, ALEX SELDIN, NEAL JACOBS, EILEEN SHOVLIN, and JIM DODARO, <br><br>             Defendants. | Civil Action No. 07CV3494 (DLC) (DCF) <br><br> (ECF) <br><br> ORAL ARGUMENT REQUESTED |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANTS' NOTICE OF MOTION**
**TO DISMISS AND TO STRIKE JURY DEMAND**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law and Affidavit of George A. Borden and exhibits annexed thereto, Defendants Coventry First LLC, The Coventry Group, Inc., Montgomery Capital, Inc., LST I LLC, Alan Buerger, Constance Buerger, Reid Buerger, Antonio Muniz, Alex Seldin, Neal Jacobs, Eileen Shovlin, and Jim Dodaro move this Court before the Honorable Denise L. Cote, U.S. District Judge, United States Courthouse, 500 Pearl Street, New York, New York for an Order pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(6) and 12(f) dismissing this action and striking the jury demand.

2

        Respectfully submitted,

        WILLIAMS & CONNOLLY LLP


        By: _____/s/_____
             George A. Borden (GB-7091)

        *Of Counsel*
        Dane H. Butswinkas
        Robert M. Cary
        David A. Forkner

        725 Twelfth Street, N.W.
        Washington, D.C.  20005
        (202) 434-5000
        (202) 434-5029 (facsimile)

        *Attorneys for Defendants*

Dated:  May 29, 2007