UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| RITCHIE CAPITAL MANAGEMENT LLC, RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND), LIMITED, RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND) II, LIMITED, WALKERS SPV LIMITED, as trustee for Ritchie Risk-Linked Life Strategies Trust I and Ritchie Life Strategies Master Trust, and RITCHIE RISK-LINKED STRATEGIES TRADING, LTD., <br><br>Plaintiffs, <br><br>v. <br><br>COVENTRY FIRST LLC, THE COVENTRY GROUP, INC., MONTGOMERY CAPITAL, INC., LST I LLC, ALAN BUERGER, CONSTANCE BUERGER, REID S. BUERGER, ANTONIO MUNIZ, ALEX SELDIN, NEAL JACOBS, EILEEN SHOVLIN, and JIM DODARO, <br><br>Defendants. | Civil Action No. 07CV3494 (DLC) (DCF) <br><br>(ECF) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF GEORGE A. BORDEN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND TO STRIKE JURY DEMAND

DISTRICT OF COLUMBIA ) ss:

GEORGE A. BORDEN, being duly sworn, states:

1. I am over 18 years of age and a member of the law firm of Williams & Connolly LLP, counsel to Plaintiffs in the above-captioned matter. I am duly licensed to practice in the District of Columbia and the State of New York and admitted to practice before this Court. I submit this affidavit in support of Defendants' Motion to Dismiss and to Strike Jury Demand.

2. Attached as Exhibit 1 to this affidavit is a true and correct copy of the Master Policy Purchase Agreement ("MPPA") by and between LST I LLC, as Seller, and Ritchie Risk-Linked Strategies Trading (Ireland), Ltd., as Purchaser, dated June 30, 2005.

3.  Attached as Exhibit 2 to this affidavit is a true and correct copy of the Amended and Restated MPPA by and between LST I LLC, as Seller, and Ritchie Risk-Linked Strategies Trading (Ireland), Ltd., as Purchaser, dated September 8, 2005.

4.  Attached as Exhibit 3 to this affidavit is a true and correct copy of the First Amendment to Amended and Restated MPPA by and among LST I LLC, as Seller, Ritchie Risk-Linked Strategies Trading (Ireland), Ltd., as Purchaser, and ABN Amro Bank N.V., as Senior Noteholder, dated January 31, 2006.

5.  Attached as Exhibit 4 to this affidavit is a true and correct copy of the Master Policy Purchase Agreement ("MPPA") by and between LST I LLC, as Seller, and Ritchie Risk-Linked Strategies Trading (Ireland) II, Ltd., as Purchaser, dated December 15, 2005.

6.  Attached as Exhibit 5 to this affidavit is a true and correct copy of the Master Policy Purchase Agreement ("MPPA") by and between LST I LLC, as Seller, and Ritchie Risk-Linked Strategies Trading (Ireland) IV, Ltd., as Purchaser, dated June 30, 2006.

7.  Attached as Exhibit 6 to this affidavit is a true and correct copy of the Amended and Restated Intercreditor Agreement among Ritchie Risk-Linked Strategies Trading (Ireland), Ltd. *et al.*, dated September 8, 2005.

8.  Attached as Exhibit 7 to this affidavit is a true and correct copy of the Amendment to Amended and Restated Intercreditor Agreement among Ritchie Risk-Linked Strategies Trading (Ireland), Ltd. *et al.*, dated January 29, 2007.

Executed on May 29, 2007

_____
George A. Borden

The foregoing instrument was acknowledged before me on this 29th day of May, 2007.

_____
Notary Public
SHARON L. BROWN
Notary Public, District of Columbia
My Commission Expires July 14, 2009

2