UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| RITCHIE CAPITAL MANAGEMENT LLC, RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND), LIMITED, RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND) II, LIMITED, WALKERS SPV LIMITED, as trustee for Ritchie Risk-Linked Life Strategies Trust I and Ritchie Life Strategies Master Trust, and RITCHIE RISK-LINKED STRATEGIES TRADING, LTD., ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 07CV3494 (DLC) (DCF) (ECF) |
| Plaintiffs, ) ) | |
| v. ) ) | |
| COVENTRY FIRST LLC, THE COVENTRY GROUP, INC., MONTGOMERY CAPITAL, INC., LST I LLC, ALAN BUERGER, CONSTANCE BUERGER, REID S. BUERGER, ANTONIO MUNIZ, ALEX SELDIN, NEAL JACOBS, EILEEN SHOVLIN, and JIM DODARO, ) ) ) ) ) ) ) | |
| Defendants. ) | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Coventry First LLC, The Coventry Group, Inc., Montgomery Capital, Inc., and LST I LLC submit the following statement identifying their parent corporations and any publicly held corporation owning 10% or more of their stock.

1. The parent of Coventry First LLC is Montgomery Capital, Inc. No publicly held corporation owns 10% or more of Coventry First LLC's membership interests.

2. The Coventry Group, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

3. Montgomery Capital, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

4.  The parent of LST I LLC is Montgomery Capital, Inc. No publicly held corporation owns 10% or more of LST I LLC's membership interests.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____/s/_____
George A. Borden (GB-7091)

*Of Counsel*
Dane H. Butswinkas
Robert M. Cary
David A. Forkner

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
(202) 434-5029 (facsimile)

*Attorneys for Defendants*

Dated: May 29, 2007

2

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 29th day of May, 2007, I caused true and correct copies of Defendants' Rule 7.1 Disclosure Statement to be served electronically via the Court's ECF system on the following counsel:

Lawrence S. Robbins, Esq.
Gary A. Orseck, Esq.
Daniel R. Walfish, Esq.
Robbins, Russell, Englert, Orseck & Untereiner LLP
1801 K Street, N.W.
Washington, DC 20006
(202) 775-4500
(202) 775-4510 (telecopy)
lrobbins@robbinsrussell.com
gorseck@robbinsrussell.com
dwalfish@robbinsrussell.com

Thomas P. Puccio, Esq.
Law Offices of Thomas P. Puccio
230 Park Avenue
New York, NY 10169
(212) 883-6383
(212) 883-6388 (telecopy)
tpuccio@lotpp.com

*Attorneys for Plaintiffs*

                                                    _____/s/_____
                                                         George A. Borden