New York State
Department of State
Division of Corporations, State Records
and Uniform Commercial Code
Albany, NY 12231



(This form must be printed or typed in black ink)

# APPLICATION FOR AUTHORITY
## OF

___Montgomery Capital, Inc.___
(Insert corporate name)

Under Section 1304 of the Business Corporation Law

FIRST: The name of the corporation is:
___Montgomery Capital, Inc.___

If the name does not contain a required word or abbreviation indicating corporate character, the corporation agrees to add the word or abbreviation _____ to the end of its name for use in this state. (See instructions prior to completing.)

(If the corporation's name is not available in New York, the fictitious name under which the corporation will do business in New York is:
___Montgomery Capital Settlements___

SECOND: The jurisdiction in which the corporation was organized is:
___Delaware___    The date of its incorporation is: ___8/26/99___

THIRD: This corporation is formed to engage in any lawful act or activity for which a corporation may be organized under the Business Corporation Law, provided that it is not formed to engage in any act or activity requiring the consent or approval of any state official, department, board, agency or other body.

FOURTH: The county within this state, in which the office of the corporation is to be located is: ___New York___

(DOS-1335 (8/98))

FIFTH:   The secretary of state is designated as agent of the corporation upon whom process against the corporation may be served. The **post office address** to which the secretary of state shall mail a copy of any process accepted on behalf of the corporation is:

c/o CT Corporation System
1633 Broadway
New York, NY 10019

SIXTH:   (*optional*): The name and **street address** within this state of the registered agent upon whom process against the corporation may be served is:

CT Corporation System
1633 Broadway
New York, NY 10019

SEVENTH:   (Delete the inappropriate statement.)

   ☐ The corporation has not since its incorporation or since the date its authority to do business in New York was last surrendered, engaged in any activity in this state except as set forth in paragraph (b) of section 1301 of the Business Corporation Law.

   ☐ The consent of the NYS Department of Taxation and Finance, consenting to the filing of this application, is attached.

X  /s/ Alan H. Buerger
(Signature)

Alan H. Buerger, Chairman of the Board
(Type or print name and title or capacity of signer)

#2

*State of Delaware*  PAGE 1
*Office of the Secretary of State*

I, EDWARD J. FREEL, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "MONTGOMERY CAPITAL, INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE NINETEENTH DAY OF OCTOBER, A.D. 1999.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE NOT BEEN ASSESSED TO DATE.

*Edward J. Freel, Secretary of State*

3088906  8300
991440492

AUTHENTICATION: 0032161
DATE: 10-19-99

F991118000147



STATE OF NEW YORK
DEPARTMENT OF STATE
FILED NOV 18 1999
TAX $
BY: PEM

NY. Co.

## APPLICATION FOR AUTHORITY
## OF

Under Section 1304 of the Business Corporation Law

Filed by:

Montgomery Capital, Inc.
(Name)

7111 Valley Green Rd.
(Mailing address)

Ft. Washington PA 19034
(City, State and Zip code)

991118000153

4

CT-07

F 061115000571

CERTIFICATE OF CHANGE OF
APPLICATION FOR AUTHORITY
OF
MONTGOMERY CAPITAL, INC.

UNDER SECTION 1309-A OF THE BUSINESS CORPORATION LAW

1. The name of the corporation as it appears on the Index of names of existing domestic and authorized foreign corporations of any type or kind in the Department of State, division of corporations, is Montgomery Capital, Inc., using the fictitious name of Montgomery Capital Settlements.

2. It is incorporated under the laws of Delaware.

3. The date it was authorized to do business in New York is November 18, 1999.

4. The application for authority is amended:

To change the post office address to which the Secretary of State shall mail a copy of process in any action or proceeding against the corporation which may be served on him to: c/o C T Corporation System, 111 Eighth Avenue, New York, N.Y. 10011.

To change the registered agent to:   C T Corporation System, 111 Eighth Avenue, New York, N.Y. 10011.

MONTGOMERY CAPITAL, INC.

By _____
(Name and Title of Signator)
Krista Lake, Executive Vice President

CT-07

F061115000571

CERTIFICATE OF CHANGE
OF
APPLICATION FOR AUTHORITY
OF
MONTGOMERY CAPITAL, INC.

UNDER SECTION 1309-A OF THE BUSINESS CORPORATION LAW

Filer: Liz Hauser
Coventry First LLC
7111 Valley Green Road
Fort Washington, PA 19034

Cust Ref 6779524 CAS

FILED 2006 NOV 15 AM 11:27

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED NOV 15 2006
TAX $ Ø
BY: LSW

New York

**DRAWDOWN**

RECEIVED 2006 NOV 14 PH 4:10

2

RECEIVED 2006 NOV 13 PH 4:08

LSW-Ø

593

# CT-07

NYS Department of State
Division of Corporations, Records and UCC
Albany, NY 12231-0002
www.dos.state.ny.us

**Business Corporation Biennial Statement**

For Internal Use Only

2441121

Business Name:

**MONTGOMERY CAPITAL, INC.**

2441121

C/O C T CORPORATION SYSTEM
1633 BROADWAY
NEW YORK, NY 10019

A  06112100
       2505

Filed By: _AH_

Check # (if different from file #): _____

| Required Fee: | $9.00 |
| Filing Period: | 11/2005 |

(Make checks payable to the Department of State)

The Business Corporation Law requires corporations to update information with the Department of State every two years in the calendar month in which the corporation was formed or authorized. Farm Corporations are EXEMPT from this requirement and should complete Parts 4 and 5 ONLY. Please review the information in Parts 1, 2 and 3. Update the information in the space provided, if necessary. If no changes are necessary, proceed to Part 5. A corporation which fails to timely file its Biennial Statement shall be shown to be past due on the Department of State's records.

**Part 1: Name and Business Address of Chief Executive Officer**

| Name | Alan H. Buerger |
| Address | 7111 Valley Green Road |
| City | Fort Washington | State | PA | Zip | 19034 |

**Part 2: Street Address of the Principal Executive Office** (A Post Office Box cannot be substituted)

| Address Line 1 | 7111 Valley Green Rd |
| Address Line 2 | |
| City | Fort Washington | State | PA | Zip | 19034 |

**Part 3: Address for Service of Process**

C/O C T CORPORATION SYSTEM
1633 BROADWAY
NEW YORK, NY 10019

| Name | CT Corporation System |
| Address | 111 Eighth Ave |
| City | New York | State | NY | Zip | 10011 |

**Part 4: Farm Corporation Exemption**

☐ Check if applicable

This corporation is a farm corporation and is NOT required to update information with the Department of State every two years. A farm corporation is a corporation engaged in the production of crops, livestock and livestock products on land used in agricultural production. Farm corporations should complete Parts 4 and 5 ONLY and return the form to the Department of State. No filing fee is required for farm corporations.

**Part 5: Signature of Officer, Director, Attorney-in-Fact or Authorized Person**

Signature: [signature]
Title of Signer (Please Print): Executive Vice President

Name of Signer (Please Print): Krista Lake

DOS-1579 (1/05)