SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------------X

THE PEOPLE OF THE STATE OF NEW YORK          :
by ELIOT SPITZER, Attorney General of
the State of New York,                       :     Index No. 404620/06
                                                   Part 39
                Plaintiff,                   :
                                                   Justice Helen E. Freedman
           -against-                         :

                                             :     **AFFIDAVIT OF DAVID AXINN
                                                   IN OPPOSITION TO COVENTRY
COVENTRY FIRST LLC, MONTGOMERY                     FIRST AND REID S. BUERGER
CAPITAL, INC., THE COVENTRY GROUP, INC., and :     MOTION TO DISMISS**
REID S. BUERGER,
                                             :
                Defendants.
------------------------------------------------------------------------X


State of New York    )
                     ) ss.:
County of New York )

        DAVID AXINN, being duly sworn, deposes and says:

        1.      I am an assistant attorney general in the office of Andrew M. Cuomo, the

Attorney General of the State New York, and attorney for the People of the State of New York

("State"), plaintiff in this action. I submit this affidavit in opposition to the Joint Motion of

Coventry First and Reid S. Buerger to Dismiss the Complaint, and to put before the Court true

and accurate copies of additional documents to be considered in connection with the Complaint

on the present motion to dismiss. See International Oil Field Supply Svcs. Corp. v. Fadeyi, No.

5991/04, 2006 NY Slip Op 9173, at *3 (2d Dep't Dec. 5, 2006) ("[o]n a CPLR 3211(a)(7)

motion to dismiss, the facts alleged in the complaint must be accepted as true, and the court may

freely consider additional facts contained in affidavits submitted by the plaintiff to remedy any

defects in the complaint")(citing Leon v. Martinez, 84 N.Y.2d 83, 87-88 (1994)); Rovello v.

Orofino Realty Co., 40 N.Y.2d 633, 635 (1976).

    2.      Attached hereto as Exhibit A is a copy of the Complaint filed in this action.

    3.      In the course of the investigation leading up to the filing of the complaint in this

action, Coventry provided the State with an Excel spreadsheet containing information on the life

settlement transactions that Coventry has completed between 2001 and March 31, 2006. The

spreadsheet contains data on 3,469 separate life settlement transactions. Attached hereto as

Exhibit B is an excerpt of the Coventry spreadsheet sorted to indicate that of these 3,469

transactions, 298 of the life insurance policies were owned by New York sellers.

    4.      Attached hereto as Exhibit C is an excerpt of the Coventry spreadsheet sorted to

indicate that an additional 60 policies purchased by Coventry were not owned by a New Yorker

but insured the life of a New Yorker.

    5.      Attached hereto as Exhibit D are 10 emails produced from the files of Coventry

First and AllSettled containing encoded emails concerning the payment of co-broker fees. Upon

information and belief, these encoded emails evidence co-broker transactions requiring

AllSettled to refrain from competitive bidding on the policy and to permit Coventry to obtain the

bid in return for the co-broker fee.

    6.      Attached hereto as Exhibit E is the Joint SEC/NASD Staff Report on Examination

Findings Regarding Broker-Dealer Sales of Variable Insurance Products, dated June 9, 2004.

    7.      Attached hereto as Exhibit F is a NASD Notice to Members, dated August 2006.

Dated:   New York, New York
         March 14, 2007

                                    ANDREW M. CUOMO
                                    Attorney General of the
                                    State of New York

                              By: _____
                                    DAVID AXINN
                                    Assistant Attorney General
                                    120 Broadway
                                    New York, New York 10271
                                    (212) 416-6277

Sworn to before me
this 14th day of March, 2007

Assistant Attorney General
Pursuant to Executive Law Section 73

EXHIBIT B







REDACTED

EXHIBIT C

COVENTRY

Life Settlement Transactions by Policy - Draft Working Copy

**REDACTED**

**REDACTED**

DRAFT - CONFIDENTIAL - AIG Private

EXHIBIT D

**From:** Neal Jacobs
**Sent:** Tuesday, November 02, 2004 9:11:11 AM
**To:** ██@allsettled.com; ████████████
**Subject:** RE: ██

for █, the number is 49


Neal Jacobs
Director, Financial Underwriting
Coventry First
7111 Valley Green Road
Fort Washington, PA  19034
TEL ████████████
FAX ████████████
█████@coventryfirst.com
www.coventryfirst.com

---

This transmission contains proprietary, confidential and/or privileged information which may be read and/or used only if received by the intended recipient.  Any dissemination, distribution or copying of this e-mail, and any attachments thereto by unauthorized users is strictly prohibited.  If you have received this email in error, please respond to the sender or call us collect at ████████ ████

Confidential/Trade Secrets

**From:** Neal Jacobs
**Sent:** Thursday, December 16, 2004 11:25:52 AM
**To:** ███@allsettled.com; ████████████
**Subject:** ███

number is 200

Neal Jacobs
Director, Financial Underwriting
Coventry First
7111 Valley Green Road
Fort Washington, PA 19034
TEL ████████████
FAX ████████████
████████@coventryfirst.com
www.coventryfirst.com

---

This transmission contains proprietary, confidential and/or privileged information which may be
read and/or used only if received by the intended recipient. Any dissemination, distribution or
copying of this e-mail, and any attachments thereto by unauthorized users is strictly prohibited. If
you have received this email in error, please respond to the sender or call us collect at ████████
██████

COVNJ 00010364
Confidential/Trade Secrets

**From:** Neal Jacobs
**Sent:** Friday, January 21, 2005 11:35:16 AM
**To:** ██@allsettled.com; ████████; Lenore Saracino
**Subject:** ███

the new number is 15


Neal Jacobs
Director, Financial Underwriting
Coventry First
7111 Valley Green Road
Fort Washington, PA 19034
TEL ████████
FAX ████████
█████@coventryfirst.com
www.coventryfirst.com

This transmission contains proprietary, confidential and/or privileged information which may be read and/or used only if received by the intended recipient. Any dissemination, distribution or copying of this e-mail, and any attachments thereto by unauthorized users is strictly prohibited. If you have received this email in error, please respond to the sender or call us collect at ████████

COVNJ 00011464

**From:** Neal Jacobs
**Sent:** Friday, April 22, 2005 12:01:24 PM
**To:** ▇▇▇▇▇▇▇, Lenore Saracino
**Subject:** ▇

number is **3**


Neal Jacobs
Vice President, Financial Underwriting
Coventry First
7111 Valley Green Road
Fort Washington, PA  19034
TEL ▇▇▇▇▇▇
FAX ▇▇▇▇▇▇
▇▇▇▇▇@coventryfirst.com
www.coventryfirst.com

--------------------------------------------------------------------------------

This transmission contains proprietary, confidential and/or privileged information which **may be** read and/or used only if received by the intended recipient.  Any dissemination, distribution **or** copying of this e-mail, and any attachments thereto by unauthorized users is strictly prohibited. **If** you have received this email in error, please respond to the sender or call us collect at ▇▇▇▇▇▇ ▇▇▇

COVNJ 00016754
Confidential/Trade Secrets

**From:** Neal Jacobs
**Sent:** Thursday, June 23, 2005 12:12:05 PM
**To:** Lenore Saracino
**Subject:** ▮

for ▮ It is 20.

Neal Jacobs
Vice President, Financial Underwriting
Coventry First
7111 Valley Green Road
Fort Washington, PA 19034
TEL ▮▮▮▮▮▮
FAX ▮▮▮▮▮▮
▮▮▮▮@coventryfirst.com
www.coventryfirst.com

---

This transmission contains proprietary, confidential and/or privileged information which may be read and/or used only if received by the intended recipient. Any dissemination, distribution or copying of this e-mail, and any attachments thereto by unauthorized users is strictly prohibited. If you have received this email in error, please respond to the sender or call us collect at ▮▮▮▮▮ ▮▮▮▮

mailbox:///C|/Documents%20and%20Settings/Saracino/Applicatio...

Sent: Friday, March 12, 2004 10:05 AM
Subject:█

My apologies. We have some internal miscommunication. The number on ██ is 10.


Neal Jacobs
Director, Financial Underwriting
Coventry First
7111 Valley Green Road
Fort Washington, PA  19034
TEL ███████████
FAX ███████████
████@coventryfirst.com
www.coventryfirst.com


---------------------------------------------------------------------------------------------------------

This transmission contains proprietary, confidential and/or privileged information which may be read and/or used only if received by the intended recipient. Any dissemination, distribution or copying of this e-mail, and any attachments thereto by unauthorized users is strictly prohibited. If you have received this email in error, please respond to the sender or call us collect at ██████████

AS 038862

mailbox:///C|/Documents%20and%20Settings/Saracino/Applicatio...

**Subject:** Fw: wj
**From:** "Michael Krasnerman" <██@allsettled.com>
**Date:** Wed, 14 Apr 2004 15:58:35 -0400
**To:** "Lenore Saracino" <██@allsettled.com>
**X-UIDL:** 257
**X-Mozilla-Status:** 0001
**X-Mozilla-Status2:** 00000000
**Return-Path:** <██@allsettled.com>
**Received:** from [66.163.205.65] (HELO smtp-auth1.radiant.net) by mx2.radiant.net (CommuniGate Pro SMTP 4.1.8) with SMTP id 47676652 for ██@allsettled.com; Wed, 14 Apr 2004 12:34:21 -0700
**Received:** (qmail 23498 invoked from network); 14 Apr 2004 19:27:20 -0000
**Received:** from h-69-3-141-98.nycmny83.covad.net (HELO wks4) (69.3.141.98) by smtp-auth1.radiant.net with SMTP; 14 Apr 2004 19:27:20 -0000
**Message-ID:** <006801c4225a$df0ae250$0300a8c0@wks4>
**Organization:** Allsettled Group, Inc.
**MIME-Version:** 1.0
**Content-Type:** multipart/alternative; boundary="----=_NextPart_000_0065_01C42239.57952950"
**X-Priority:** 3
**X-MSMail-Priority:** Normal
**X-Mailer:** Microsoft Outlook Express 6.00.2800.1158
**X-MimeOLE:** Produced By Microsoft MimeOLE V6.00.2800.1165


----- Original Message -----
**From:** ██@coventryfirst.com
**To:** ██@allsettled.com ; ██@allsettled.com
**Sent:** Wednesday, April 14, 2004 3:22 PM
**Subject:** ██

as discussed, the number for ██ is 2.


Neal Jacobs
Director, Financial Underwriting
Coventry First
7111 Valley Green Road
Fort Washington, PA 19034
TEL ██████████
FAX ██████████
██████@coventryfirst.com
www.coventryfirst.com

---------------------------------------------------------------------

This transmission contains proprietary, confidential and/or privileged information which may be read and/or used only if received by the intended recipient. Any dissemination, distribution or copying of this e-mail, and any attachments thereto by unauthorized users is strictly prohibited. If you have received this email in error, please respond to the sender or call us collect at ██████████

AS 004113

mailbox:///C|/Documents%20and%20Settings/Saracino/Applicatio...

Subject: Fw: █████
From: "██████████" <██@allsettled.com>
Date: Thu, 22 Apr 2004 08:53:51 -0400
To: "lenore sarancino" <██@allsettled.com>
X-UIDL: 484
X-Mozilla-Status: 0001
X-Mozilla-Status2: 00000000
Return-Path: <██@allsettled.com>
Received: from [66.163.205.65] (HELO smtp-auth1.radiant.net) by mx2.radiant.net (CommuniGate Pro SMTP 4.1.8) with
SMTP id 49916277 for██@allsettled.com; Thu, 22 Apr 2004 05:52:19 -0700
Received: (qmail 14989 invoked from network); 22 Apr 2004 12:45:13 -0000
Received: from h-69-3-141-98.nycmny83.covad.net (HELO WKS6) (69.3.141.98) by smtp-auth1.radiant.net with SMTP; 22
Apr 2004 12:45:13 -0000
Message-ID: <002e01c42868$dd030910$0900a8c0@WKS6>
MIME-Version: 1.0
Content-Type: multipart/alternative; boundary="----=_NextPart_000_002B_01C42847.555FFE80"
X-Priority: 3
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook Express 6.00.2800.1158
X-MIMEOLE: Produced By Microsoft MimeOLE V6.00.2800.1165

THIS IS FOR ██████
----- Original Message -----
From: ██████@coventryfirst.com
To: ██@allsettled.com ; ██@allsettled.com
Sent: Wednesday, April 21, 2004 5:50 PM
Subject: ████

the number for ███ is 10


Neal Jacobs
Director, Financial Underwriting
Coventry First
7111 Valley Green Road
Fort Washington, PA  19034
TEL ███████████
FAX ███████████
██████@coventryfirst.com
www.coventryfirst.com


-----------------------------------------------------------------------------------

This transmission contains proprietary, confidential and/or privileged information which may be read and/or used
only if received by the intended recipient. Any dissemination, distribution or copying of this e-mail, and any
attachments thereto by unauthorized users is strictly prohibited. If you have received this email in error, please
respond to the sender or call us collect at ███████████

of 1

AS 038839

mailbox:///C|/Documents%20and%20Settings/Saracino/Applicatio...

Subject: Fw: ▮
From: "▮▮▮▮▮▮" <▮@allsettled.com>
Date: Wed, 16 Jun 2004 13:57:46 -0500
To: "lenore saracino" <▮@allsettled.com>
X-UIDL: 1837
X-Mozilla-Status: 0001
X-Mozilla-Status2: 00000000
Return-Path: <▮@allsettled.com>
Received: from [66.163.205.65] (HELO smtp-auth1.radiant.net) by mx2.radiant.net (CommuniGate Pro SMTP 4.1.8) with SMTP id 65689838 for ▮@allsettled.com; Wed, 16 Jun 2004 10:54:16 -0700
Received: (qmail 7374 invoked from network); 16 Jun 2004 17:47:26 -0000
Received: from h-69-3-141-98.nycmny83.covad.net (HELO WKS6) (69.3.141.98) by smtp-auth1.radiant.net with SMTP; 16 Jun 2004 17:47:26 -0000
Message-ID: <012601c453d3$d160e690$0900a8c0@WKS6>
MIME-Version: 1.0
Content-Type: multipart/alternative; boundary="----=_NextPart_000_0121_01C453A9.E727A510"
X-Priority: 3
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook Express 6.00.2800.1409
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2800.1409


----- Original Message -----
From: ▮▮@coventryfirst.com
To: ▮@allsettled.com ; ▮@allsettled.com
Sent: Wednesday, June 16, 2004 12:54 PM
Subject: ▮▮▮

the amount for ▮▮ is ½ point.


Neal Jacobs
Director, Financial Underwriting
Coventry First
7111 Valley Green Road
Fort Washington, PA  19034
TEL ▮▮▮▮▮
FAX ▮▮▮▮▮
▮▮▮▮@coventryfirst.com
www.coventryfirst.com

-------------------------------------------------------------------------------------

This transmission contains proprietary, confidential and/or privileged information which may be read and/or used only if received by the intended recipient. Any dissemination, distribution or copying of this e-mail, and any attachments thereto by unauthorized users is strictly prohibited. If you have received this email in error, please respond to the sender or call us collect at ▮▮▮▮▮

AS 038854

## Lenore Saracino

| | |
|---|---|
| **From:** | ████████ <██@allsettled.com> |
| **To:** | "lenore sarancino" <██@allsettled.com> |
| **Sent:** | Tuesday, September 14, 2004 6:34 PM |
| **Subject:** | Fw: ██ |

----- Original Message -----
From: ████@coventryfirst.com
To: ██@allsettled.com ; ██@allsettled.com
Sent: Tuesday, September 14, 2004 6:10 PM
Subject: ██.

for ██, assuming final result is 15, the number is 20

Neal Jacobs
Director, Financial Underwriting
Coventry First
7111 Valley Green Road
Fort Washington, PA 19034
TEL ██████████
FAX ██████████
██████@coventryfirst.com
www.coventryfirst.com

---

This transmission contains proprietary, confidential and/or privileged information which may be read and/or used only if received by the intended recipient. Any dissemination, distribution or copying of this e-mail, and any attachments thereto by unauthorized users is strictly prohibited. If you have received this email in error, please respond to the sender or call us collect at ██████████

AS 038834