SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------------X

THE PEOPLE OF THE STATE OF NEW YORK     :    Index No. 404620/06
by ELIOT SPITZER, Attorney General of             Part 39
the State of New York,                          :

                                             Justice Helen E. Freedman

             Plaintiff,            :

                                        **AFFIDAVIT OF J. JENNIFER**
          -against-            :    **KOH IN OPPOSITION TO THE**
                                        **COVENTRY GROUP, INC AND**
                              :    **MONTGOMERY CAPITAL, INC.**
COVENTRY FIRST LLC, MONTGOMERY            **MOTION TO DISMISS AND IN**
CAPITAL, INC., THE COVENTRY GROUP, INC., and   :   **SUPPORT OF PLAINTIFF'S**
REID S. BUERGER,                           **CROSS-MOTION FOR**
                              :    **DISCOVERY PURSUANT TO**
               Defendants.          **CPLR 3211(d)**
-------------------------------------------------------------------------X

State of New York    )
                   ) ss.:
County of New York )

       J. JENNIFER KOH, being duly sworn, deposes and says:

       1.      I am an assistant attorney general in the office of Andrew M. Cuomo, the

Attorney General of the State New York, and attorney for the People of the State of New York

("State"), plaintiff in this action. I submit this affidavit in opposition to the Joint Motion of The

Coventry Group, Inc. ("Coventry Group") and Montgomery Capital, Inc. ("Montgomery

Capital") To Dismiss the Complaint action and in Support of Plaintiff's Cross-Motion for

Jurisdictional Discovery under CPLR 3211(d).

       2.      In September 2006, Coventry First provided the State with audited financial

statements from 2001 through 2005. Based upon the financial statements the State believes that

Coventry First is controlled and dominated by one or both of the Defendants. Coventry First appears to be operated on a break-even basis, such that nearly its entire profit is paid to Defendants in the form of management fees. Such an arrangement indicates the disregard of corporate formalities, since there is generally no business reason for a corporation to surrender its profits to another entity. Even if such exorbitant fees could be justified by the "management" services provided by Coventry Group and Montgomery Capital, discovery would still be necessary to determine the scope of Defendants' involvement in Coventry First's day-to-day operations.

3.    Attached hereto as Exhibit A is a copy of the New York Department of State document indicating that Coventry First is registered as a New York foreign limited liability company with a New York registered agent.

4.    Attached hereto as Exhibit B is a copy of the New York Department of State document indicating that Montgomery Capital is registered as a New York foreign business corporation with a New York registered agent.

5.    Attached hereto as Exhibit C is a copy of proposed document requests and interrogatories to be served upon Coventry Group, Montgomery Capital and Coventry First. The State may seek additional discovery.

6.    Attached hereto as Exhibit D is a copy of proposed notices of depositions for the following individuals: (1) Alan Buerger, (2) Constance Buerger, (3) Antonio Muniz and (4) Reid S. Buerger.

7.    Attached hereto as Exhibit E is a copy of Coventry's audited financial statements from 2001 through 2005.

2

Dated: New York, New York
       March 14, 2007

                              ANDREW M. CUOMO
                              Attorney General of the
                              State of New York

                         By: _____
                              J. JENNIFER KOH
                              Assistant Attorney General
                              120 Broadway
                              New York, New York 10271
                              (212) 416-8355

Sworn to before me
this 14th day of March, 2007

_____
Assistant Attorney General
Pursuant to Executive Law Section 73

3

EXHIBIT E



## O'MELVENY & MYERS LLP

1625 Eye Street, NW
Washington, D.C. 10006-4001

TELEPHONE (202) 383-5300
FACSIMILE (202) 383-5414

## FAX TRANSMITTAL

**DATE & TIME:**
Tuesday, 09/19/06, 7:10 PM

**TOTAL NUMBER OF PAGES:**
58

**TO:**
Jennifer Koh, Esq.

**FAX NUMBER:**
(212) 416-6042

**TELEPHONE NUMBER:**
(212) 416-8355

**FROM:**
Brian P. Brooks

**RETURN FAX NUMBER:**
(202) 383-5414

**TELEPHONE NUMBER:**
(202) 383-5127

## MESSAGE

Dear Ms. Koh--

Please see attached correspondence and related production.

Regards--
*Brian P. Brooks*

Brian P. Brooks
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
bbrooks@omm.com
202-383-5127
202-383-5414 (fax)

IF YOU DID NOT RECEIVE ALL PAGES, PLEASE CALL OUR FAX DEPARTMENT AT (202) 383-5286.

| | | | |
|---|---|---|---|
| **FILE NO.:** | 181,385-38 | **RETURN ORIGINAL TO:** | Sarah Alexander Goldfrank |
| **USER NO.:** | 08764 | **EXTENSION:** | 5116 |
| **RESPONSIBLE ATTT NAME:** | Brian P. Brooks | **LOCATION:** | 10097 |
| **SPECIAL INSTRUCTIONS:** | | | |

This document is intended for the exclusive use of the addressee. It may contain privileged, confidential, or non-disclosable information. If you are not the addressee, or someone responsible for delivering this document to the addressee, you may not read, copy, or distribute it. If you have received this document by mistake, please call us promptly and securely dispose of it. Thank you.

09/19/2006 19 21 FAX                                                                      002/058

# O

## O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | 1625 Eye Street, NW | NEWPORT BEACH |
| BRUSSELS | Washington, D.C. 20006-4001 | NEW YORK |
| CENTURY CITY | | SAN FRANCISCO |
| HONG KONG | TELEPHONE (202) 383-5300 | SHANGHAI |
| LONDON | FACSIMILE (202) 383-5414 | SILICON VALLEY |
| LOS ANGELES | www.omm.com | TOKYO |

September 19, 2006

OUR FILE NUMBER
181385-038

## VIA FACSIMILE

WRITER'S DIRECT DIAL
(202) 383-5127

Jennifer Koh, Esq.
Assistant Attorney General
Office of the Attorney General
120 Broadway
New York, New York 10271

WRITER'S E-MAIL ADDRESS
bbrooks@omm.com

Re:    *Coventry First LLC*

Dear Ms. Koh:

In response to your request, I am enclosing copies of Coventry's audited financial statements for the fiscal years ending 2001 through 2005 (the most recent year for which financials are available). We are informed that the revenue figures reflected on these statements include all revenues received in connection with Coventry's life settlement business, including both front-end origination fees and back-end servicing fees. These figures do not reflect income associated with premium finance activities, which are conducted through a separately incorporated entity. The documents being produced bear Bates numbers COV2-0009664 through COV2-0009718.

Separately, Ms. Filipakis asked me about the total number of policies Coventry has acquired since 2001. During our meeting in your offices last week, I believe I estimated a number in the ballpark of 6,000 policies. Having now consulted with Coventry, I am informed that the number of policies acquired by Coventry from 2001 through the present is actually approximately 4,200, and that the total number of policies priced by Coventry for potential bid during that same time period was approximately 25,000.

We are working on the other items you and your colleagues have requested and expect to produce additional information on them shortly.

We are producing this information based on our ongoing understanding that it will be accorded confidential treatment and that there is no waiver of attorney-client privilege or any of the other objections stated in our initial response to your office's subpoena.

09/19/2006  15 44 FAX

**O'MELVENY & MYERS LLP**
Jennifer Koh, Esq., September 19, 2006 - Page 2

Very truly yours,

*/s/ Brian P. Brooks*

Brian P. Brooks

cc: Joseph diGenova, Esq.

**COVENTRY FIRST LLC**

**FINANCIAL STATEMENTS**

Years Ended November 30, 2005 and 2004

COV2 - 0009664
CONFIDENTIAL
TRADE SECRETS

**COVENTRY FIRST LLC**

Years Ended November 30, 2005 and 2004

## CONTENTS

|  | Pages |
|---|---|
| **INDEPENDENT AUDITORS' REPORT** | 1 |
| **FINANCIAL STATEMENTS** | |
| Balance Sheets | 2 |
| Statements of Income | 3 |
| Statements of Changes in Managing Member's Equity | 4 |
| Statements of Cash Flows | 5 |
| **NOTES TO FINANCIAL STATEMENTS** | 6 - 10 |

COV2 - 0009665
CONFIDENTIAL
TRADE SECRETS

03/13/2006  19  22  FAX                                                          ☑ 005/033



**Mayer Hoffman McCann P.C.**
An Independent CPA Firm

401 Plymouth Road, Suite 200
Plymouth Meeting, PA 19462
610-862-2200 ph
610-862-2500 fx
www.mhm-pc.com

## INDEPENDENT AUDITORS' REPORT

To the Board of Managers

**Coventry First LLC**

We have audited the accompanying balance sheets of Coventry First LLC as of November 30, 2005 and 2004, and the related statements of income, changes in managing member's equity and cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with U.S. generally accepted auditing standards. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly in all material respects, the financial position of Coventry First LLC as of November 30, 2005 and 2004, and the results of its operations and its cash flows for the years then ended in conformity with U.S. generally accepted accounting principles.

*Mayer Hoffman McCann P.C.*

Plymouth Meeting, Pennsylvania
December 9, 2005

- 1 -

COV2 - 0009666
CONFIDENTIAL
TRADE SECRETS



**COVENTRY FIRST LLC**

**BALANCE SHEETS**

November 30, 2005 and 2004

|  | 2005 | 2004 |
|---|---|---|
| **ASSETS** | | |
| **CURRENT ASSETS** | | |
| Cash and cash equivalents | $ | $ |
| Cash, restricted | | |
| Accounts receivable | | |
| Policies purchased | | |
| Prepaid expenses | | |
| Commissions | | |
| Insurance | | |
| Other | | |
| TOTAL CURRENT ASSETS | 18,256,043 | 11,626,727 |
| **PROPERTY AND EQUIPMENT** | | |
| Cost | | |
| Leasehold improvements | | |
| Software | | |
| Furniture, fixtures and office equipment | | |
| Total cost | | |
| Accumulated depreciation and amortization | | |
| NET PROPERTY AND EQUIPMENT | 4,300,708 | 2,406,795 |
| **OTHER ASSETS** | | |
| Deposits | 700 | 37,115 |
| **TOTAL ASSETS** | $ 22,557,451 | $ 14,070,637 |
| **LIABILITIES AND MANAGING MEMBER'S EQUITY** | | |
| **CURRENT LIABILITIES** | | |
| Line of credit | $ | $ |
| Accounts payable and accrued expenses | | |
| Payroll taxes withheld and accrued | | |
| TOTAL CURRENT LIABILITIES | 17,773,161 | 9,844,036 |
| **MANAGING MEMBER'S EQUITY** | 4,784,290 | 4,226,601 |
| **TOTAL LIABILITIES AND MANAGING MEMBER'S EQUITY** | $ 22,557,451 | $ 14,070,637 |

See Notes to Financial Statements

COV2 - 0009667
CONFIDENTIAL
TRADE SECRETS

## COVENTRY FIRST LLC

### STATEMENTS OF INCOME

Years Ended November 30, 2005 and 2004



| | 2005 | 2004 |
|---|---|---|
| **REVENUES** | | |
| Sale of insurance policies | $ ▮ | $ ▮ |
| Less cost of insurance policies | | |
| Net | | |
| Servicing fee income | | |
| **NET REVENUES** | 74,639,564 | 79,194,633 |
| **OPERATING EXPENSES** | | |
| Advertising and promotion | | |
| Bank service charges and fees | | |
| Computer | | |
| Depreciation and amortization | | |
| Dues and subscriptions | | |
| Employee benefits | | |
| Equipment rental | | |
| Insurance | | |
| Interest expense | | |
| Management fees | 32,113,785 | 59,143,683 |
| Marketing | | |
| Miscellaneous | | |
| Office | | |
| Outside services | | |
| Payroll | | |
| Payroll taxes | | |
| Postage and delivery | | |
| Professional fees | | |
| Recruiting | | |
| Relocation | | |
| Rent | | |
| Retirement plan expense | | |
| Taxes and licenses | | |
| Telephone | | |
| Travel and entertainment | | |
| Utilities | | |
| **TOTAL OPERATING EXPENSES** | 74,656,060 | 80,295,129 |
| **LOSS BEFORE OTHER INCOME** | (16,496) | (1,100,496) |
| **OTHER INCOME (EXPENSE)** | | |
| Interest income | | |
| Loss on disposal of property and equipment | | |
| Management fee income | | |
| **TOTAL OTHER INCOME** | 574,185 | 1,813,874 |
| **NET INCOME** | $    557,689 | $    713,378 |

See Notes to Financial Statements

- 3 -

COV2 - 0009668
CONFIDENTIAL
TRADE SECRETS

## COVENTRY FIRST LLC

### STATEMENTS OF CASH FLOWS

Years Ended November 30, 2005 and 2004



| | 2005 | 2004 |
|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | |
| Net income | $ | $ |
| Adjustments to reconcile net income to net cash | | |
| flows from operating activities | | |
| Depreciation and amortization | | |
| Loss on disposal of property and equipment | | |
| Decrease (increase) in operating assets | | |
| Cash, restricted | | |
| Accounts receivable | | |
| Policies purchased | | |
| Prepaid expenses | | |
| Commissions | | |
| Insurance | | |
| Other | | |
| Deposits | | |
| Increase (decrease) in operating liabilities | | |
| Accounts payable and accrued expenses | | |
| Payroll taxes withheld and accrued | | |
| NET CASH FLOWS FROM OPERATING ACTIVITIES | 12,981,843 | 650,898 |
| | | |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | |
| Purchases of property and equipment | | |
| | | |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | |
| Net repayment on line-of-credit | | |
| Managing member's equity distributions | | |
| NET CASH FLOWS FROM FINANCING ACTIVITIES | | |
| | | |
| NET INCREASE (DECREASE) IN CASH AND | | |
| CASH EQUIVALENTS | 9,423,074 | (459,409) |
| | | |
| CASH AND CASH EQUIVALENTS, | | |
| BEGINNING OF YEAR | 5,150,102 | 5,609,511 |
| | | |
| CASH AND CASH EQUIVALENTS, | | |
| END OF YEAR | $ 14,573,176 | $ 5,150,102 |

See Notes to Financial Statements

COV2 - 0009670
CONFIDENTIAL
TRADE SECRETS

**COVENTRY FIRST LLC**

**NOTES TO FINANCIAL STATEMENTS**

1.  <u>**Nature of operations**</u>

Coventry First LLC (the "Company") is a limited liability company established in Delaware in 1999. The term of the Company shall continue in perpetuity unless the Company is dissolved in accordance with the provisions of its limited liability company agreement (the "Agreement").

The Company was formed pursuant to the Delaware Limited Liability Company Law (the "Act"). Pursuant to the Agreement, members of the Company shall not have any liability for the obligations or liabilities of the Company.

There is one class of members' interest in the Company. Montgomery Capital, Inc. is the sole member of the Company.

The Company's principal activity is the acquisition, sale and servicing of life insurance policies to both related and unrelated parties.



- 6 -

COV2 - 0009671
CONFIDENTIAL
TRADE SECRETS

**COVENTRY FIRST LLC**

**NOTES TO FINANCIAL STATEMENTS**



6. **Revenue**

In October, 2001, the Company entered into an agreement with a company to sell and administer certain policies, as defined in the agreement. The agreement contains purchasing commitments by this company. This agreement was amended and restated effective July 1, 2003, and further amended effective July 30, 2004, to, among other things, renew the facility through 2007 and provide either party the right to further renew the facility through 2010.

In December, 2003, the Company entered into an agreement with a company to sell and administer certain policies, as defined in the agreement. This agreement contains purchasing commitments by this company with a minimum capital pledge.

COV2 - 009673
CONFIDENTIAL
TRADE SECRETS

**COVENTRY FIRST LLC**

**NOTES TO FINANCIAL STATEMENTS**

6.  **Revenue (continued)**

In October, 2004, the Company entered into an agreement with a company to sell and administer certain policies, as defined in the agreement. This agreement contains purchasing commitments by this company with a minimum capital pledge.

These agreements require the Company to maintain a minimum net worth of $4,000,000, as defined in the agreements.

7.  **Related party transactions**

The Company has agreements with entities affiliated by common ownership whereby the Company and the affiliated entities share expenses, including payroll and related benefits. During the years ended November 30, 2005 and 2004, the Company charged affiliated entities ████████ (including depreciation and amortization expenses of ███████, rent expense of ████████ and retirement plan expense of █████) and ████████ (including depreciation and amortization expenses of ███████, rent expense of ██████ and retirement plan expense of █████), respectively, and an affiliated entity charged the Company ████████ (including ██████ of retirement plan expense) and ████, respectively, pursuant to these agreements.

The Company has month-to-month management fee agreements with certain entities affiliated by common ownership. Management fees charged by affiliates were $32,113,785 and $59,143,683 for the years ended November 30, 2005 and 2004, respectively.



COV2 - 009674
CONFIDENTIAL

**COVENTRY FIRST LLC**

**NOTES TO FINANCIAL STATEMENTS**

7. <u>Related party transactions</u> (continued)



The Company has recognized interest income and interest expense from monies loaned to or borrowed from certain individuals with beneficial ownership interests in the Company. Total interest income for the years ended November 30, 2005 and 2004, was ▓▓▓▓ and ▓▓▓▓, respectively. Total interest expense for the years ended November 30, 2005 and 2004, was ▓▓▓▓ and ▓▓▓, respectively.

Pursuant to an agreement with an entity affiliated by common ownership, the Company leases office space. The agreement can be immediately terminated by either party. Rent expense under this agreement was ▓▓▓▓ and ▓▓▓▓ for the years ended November 30, 2005 and 2004, respectively.



REDACTED

COV2 - 009675
CONFIDENTIAL
TRADE SECRETS

**COVENTRY FIRST LLC**

**FINANCIAL STATEMENTS**

Years Ended November 30, 2004 and 2003

COV2-009878
CONFIDENTIAL
TRADE SECRETS

09/19/2006  19  23  FAX                                                                      ☒ 011/056

**COVENTRY FIRST LLC**

Years Ended November 30, 2004 and 2003

## CONTENTS

|  | Pages |
|---|---|
| **INDEPENDENT AUDITORS' REPORT** | 1 |
| **FINANCIAL STATEMENTS** | |
| Balance Sheets | 2 |
| Statements of Income | 3 |
| Statements of Changes in Managing Member's Equity | 4 |
| Statements of Cash Flows | 5 |
| **NOTES TO FINANCIAL STATEMENTS** | 6 - 9 |

COV2-009677
CONFIDENTIAL
TRADE SECRETS

 **Mayer Hoffman McCann P.C.**
An Independent CPA Firm

401 Plymouth Road, Suite 200
Plymouth Meeting, PA 19462
610-862-2200 ph
610-862-2500 fx
www.mhm-pc.com

## INDEPENDENT AUDITORS' REPORT

To the Board of Managers

Coventry First LLC

We have audited the accompanying balance sheets of Coventry First LLC as of November 30, 2004 and 2003, and the related statements of income, changes in managing member's equity and cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with U.S. generally accepted auditing standards. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly in all material respects, the financial position of Coventry First LLC as of November 30, 2004 and 2003, and the results of its operations and its cash flows for the years then ended in conformity with U.S. generally accepted accounting principles.

*Mayer Hoffman McCann P.C.*

Plymouth Meeting, Pennsylvania
December 13, 2004

- 1 -

COV2-009678
CONFIDENTIAL
TRADE SECRETS

05/19/2006 19:23 FAX



**COVENTRY FIRST LLC**

**BALANCE SHEETS**

November 30, 2004 and 2003

|  | 2004 | 2003 |
|---|---|---|
| **ASSETS** | | |
| **CURRENT ASSETS** | | |
| Cash and cash equivalents | $ ■ | $ ■ |
| Cash, restricted | | |
| Accounts receivable | | |
| Policies purchased | | |
| Prepaid expenses | | |
| Commissions | | |
| Insurance | | |
| Rent | | |
| TOTAL CURRENT ASSETS | 11,626,727 | 8,141,300 |
| **PROPERTY AND EQUIPMENT** | | |
| Cost | | |
| Leasehold improvements | | |
| Software | | |
| Furniture, fixtures and office equipment | | |
| Total Cost | | |
| Accumulated depreciation and amortization | | |
| NET PROPERTY AND EQUIPMENT | 2,408,795 | 2,727,725 |
| **OTHER ASSETS** | | |
| Deposits | 37,115 | 45,415 |
| TOTAL ASSETS | $  14,070,637 | $  8,914,440 |
| **LIABILITIES AND MANAGING MEMBER'S EQUITY** | | |
| **CURRENT LIABILITIES** | | |
| Line of credit | $ ■ | $ ■ |
| Accounts payable and accrued expenses | | |
| Payroll taxes withheld and accrued | | |
| TOTAL CURRENT LIABILITIES | 9,844,036 | 4,819,207 |
| **MANAGING MEMBER'S EQUITY** | 4,226,601 | 4,095,233 |
| TOTAL LIABILITIES AND MANAGING MEMBER'S EQUITY | $   14,070,637 | $   8,914,440 |

See Notes to Financial Statements

- 2 -

COV2-009679
CONFIDENTIAL
TRADE SECRETS

COVENTRY FIRST LLC

STATEMENTS OF INCOME

Years Ended November 30, 2004 and 2003



| | 2004 | 2003 |
|---|---|---|
| **REVENUE** | | |
| Sale of insurance policies | $ | $ |
| Less cost of insurance policies | | |
| NET REVENUE | 77,276,068 | 58,531,305 |
| **OPERATING EXPENSES** | | |
| Advertising and promotion | | |
| Bank service charges and fees | | |
| Computer | | |
| Depreciation and amortization | | |
| Dues and subscriptions | | |
| Employee benefits | | |
| Equipment rental | | |
| Insurance | | |
| Interest expense | | |
| Management fees | 59,143,663 | 37,901,163 |
| Marketing | | |
| Miscellaneous | | |
| Office | | |
| Outside services | | |
| Payroll | | |
| Payroll taxes | | |
| Postage and delivery | | |
| Professional fees | | |
| Recruiting | | |
| Relocation | | |
| Rent | | |
| Retirement plan expense | | |
| Taxes and licenses | | |
| Telephone | | |
| Travel and entertainment | | |
| Utilities | | |
| Add overhead payment to affiliates | | |
| TOTAL OPERATING EXPENSES | 80,295,129 | 57,442,776 |
| LOSS BEFORE OTHER INCOME | (3,019,061) | (911,471) |
| **OTHER INCOME** | | |
| Interest income | | |
| Servicing fee income | | |
| Management fee income | | |
| TOTAL OTHER INCOME | 3,732,439 | 972,656 |
| NET INCOME | $  713,378 | $  61,185 |

See Notes to Financial Statements

- 3 -

COV2-009880
CONFIDENTIAL
TRADE SECRETS

**COVENTRY FIRST LLC**

**STATEMENTS OF CASH FLOWS**

Years Ended November 30, 2004 and 2003



| | 2004 | 2003 |
|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | $ | $ |
| Net income | | |
| Adjustments to reconcile net income to net cash flows from operating activities | | |
| Depreciation and amortization | | |
| Decrease (increase) in operating assets | | |
| Cash, restricted | | |
| Accounts receivable | | |
| Policies purchased | | |
| Prepaid expenses | | |
| Commissions | | |
| Insurance | | |
| Rent | | |
| Deposits | | |
| Increase (decrease) in operating liabilities | | |
| Accounts payable and accrued expenses | | |
| Payroll taxes withheld and accrued | | |
| NET CASH FLOWS FROM OPERATING ACTIVITIES | 650,698 | 3,352,187 |
| | | |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | |
| Purchases of property and equipment | | |
| | | |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | |
| Net borrowings (repayment) on line of credit | | |
| Managing member's equity distributions | | |
| NET CASH FLOWS FROM FINANCING ACTIVITIES | | |
| | | |
| NET INCREASE (DECREASE) IN CASH AND CASH EQUIVALENTS | (459,409) | 1,931,740 |
| | | |
| CASH AND CASH EQUIVALENTS, BEGINNING OF YEAR | 5,609,511 | 3,677,771 |
| | | |
| CASH AND CASH EQUIVALENTS, END OF YEAR | $ 5,150,102 | $ 5,609,511 |

See Notes to Financial Statements

- 5 -

COV2-009682
CONFIDENTIAL
TRADE SECRETS

**COVENTRY FIRST LLC**

**NOTES TO FINANCIAL STATEMENTS**



**(4)    Related party transactions**

The Company has agreements and arrangements with certain entities affiliated by common ownership, whereby, the Company and the affiliated entities share expenses, including payroll and the related benefits. A summary of these transactions for the years ended November 30, 2004 and 2003 is as follows:

| | Years Ended November 30, | |
|---|---|---|
| | 2004 | 2003 |
| Overhead and shared expenses paid to affiliates | $ | $ |

The Company has month to month management fees agreements and arrangements with certain entities affiliated by common ownership. Management fees paid to affiliates were $59,143,683 and $37,901,163 for the years ended November 30, 2004 and 2003, respectively.



The Company has received interest income from monies loaned to certain individuals with beneficial ownership interests in the Company. Total interest income for the years ended November 30, 2004 and 2003, were [REDACTED] and [REDACTED] respectively. There were no such outstanding loans receivable as of November 30, 2004 and 2003.

The Company has subleases of additional office space at its Philadelphia facility from a certain entity affiliated by common ownership on a month to month basis. Rent expense, relating to this lease, was [REDACTED] and [REDACTED] for the years ended November 30, 2004 and 2003, respectively.

During the year ended November 30, 2004, the Company allocated expenses to entities affiliated by common ownership in the amount of [REDACTED] (including depreciation and amortization of [REDACTED] rent of [REDACTED] and retirement plan of [REDACTED]).

-7-

COV2-009684
CONFIDENTIAL
TRADE SECRETS

03/13/2006  13  24  FAX

**COVENTRY FIRST LLC**

**NOTES TO FINANCIAL STATEMENTS**



**(7)**    <u>Revenue</u>

In October, 2001, the Company entered into an agreement with a company to sell and administer certain policies, as defined in the agreement. The agreement contains purchasing commitments by this company. This agreement was amended and restated effective July 1, 2003, and further amended effective July 30, 2004, to, among other things, renew the facility through 2007 and provide either party the right to further renew the facility through 2010.

In December, 2003, the Company entered into an agreement with a company to sell and administer certain policies, as defined in the agreement. This agreement contains purchasing commitments by this company with a minimum capital pledge.

- 8 -

COV2-009685
CONFIDENTIAL
TRADE SECRETS

**COVENTRY FIRST LLC**

**NOTES TO FINANCIAL STATEMENTS**

**(7)    Revenue (continued)**

In October, 2004, the Company entered into an agreement with a company to sell and administer certain policies, as defined in the agreement. This agreement contains purchasing commitments by this company with a minimum capital pledge.

These agreements require the Company to maintain a minimum net worth of $4,000,000, as defined in the agreements.



- 9 -

COV2-009886
CONFIDENTIAL
TRADE SECRETS

**COVENTRY FIRST, L.L.C.**

**FINANCIAL STATEMENTS**

Years Ended November 30, 2003 and 2002

COV2-009687
CONFIDENTIAL
TRADE SECRETS

**COVENTRY FIRST, L.L.C.**

Years Ended November 30, 2003 and 2002

## CONTENTS

|  | Pages |
|---|---|
| INDEPENDENT AUDITORS' REPORT | 1 |
| FINANCIAL STATEMENTS |  |
| Balance Sheets | 2 |
| Statements of Income | 3 |
| Statements of Changes in Managing Member's Equity | 4 |
| Statements of Cash Flows | 5 - 8 |
| NOTES TO FINANCIAL STATEMENTS | 7 - 9 |

COV2-009688
CONFIDENTIAL
TRADE SECRETS

09/19/2006 19 24 FAX



**Mayer Hoffman McCann P.C.**

An Independent CPA Firm

401 Plymouth Road, Suite 200
Plymouth Meeting, Pennsylvania 19462
610-862-2200 ph
610-862-2500 fx
www.mhm-pc.com

### INDEPENDENT AUDITORS' REPORT

To the Managing Member

**Coventry First, L.L.C.**

We have audited the accompanying balance sheet of Coventry First, L.L.C. as of November 30, 2003, and the related statements of income, changes in managing member's equity and cash flows for the year then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audit. The financial statements of Coventry First, L.L.C. as of November 30, 2002, were audited by other auditors whose report dated December 17, 2002, expressed an unqualified opinion on those financial statements.

We conducted our audit in accordance with U.S. generally accepted auditing standards. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the 2003 financial statements referred to above present fairly, in all material respects, the financial position of Coventry First, L.L.C., as of November 30, 2003, and the results of its operations and its cash flows for the year then ended in conformity with U.S. generally accepted accounting principles.

*Mayer Hoffman McCann P.C.*

Plymouth Meeting, Pennsylvania
January 14, 2004

-1-

COV2-009689
CONFIDENTIAL
TRADE SECRETS

09/19/2006 19:24 FAX

**COVENTRY FIRST, L.L.C.**

**BALANCE SHEETS**

November 30, 2003 and 2002

## ASSETS

| | 2003 | 2002 |
|---|---|---|
| **CURRENT ASSETS** | | |
| Cash | $ ■ | $ ■ |
| Cash, restricted | | |
| Accounts receivable | | |
| Policies purchased | | |
| Prepaid expenses | | |
| Commissions | | |
| Insurance | | |
| Rent | | |
| TOTAL CURRENT ASSETS | 6,141,300 | 6,059,354 |
| **PROPERTY AND EQUIPMENT** | | |
| Leasehold improvements | | |
| Software | | |
| Furniture, fixtures and office equipment | | |
| Less accumulated depreciation and amortization | | |
| NET PROPERTY AND EQUIPMENT | 2,727,725 | 1,297,766 |
| **OTHER ASSETS** | | |
| Deposits | 45,415 | 18,415 |
| **TOTAL ASSETS** | $8,914,440 | $7,375,535 |

## LIABILITIES AND MANAGING MEMBER'S EQUITY

| | 2003 | 2002 |
|---|---|---|
| **CURRENT LIABILITIES** | | |
| Line of credit | $ ■ | ■ |
| Accounts payable and accrued expenses | | |
| Payroll taxes withheld and accrued | | |
| TOTAL CURRENT LIABILITIES | 4,819,207 | 3,341,487 |
| **MANAGING MEMBER'S EQUITY** | 4,095,233 | 4,034,048 |
| **TOTAL LIABILITIES AND MANAGING MEMBER'S EQUITY** | $8,914,440 | $7,375,535 |

See Notes to Financial Statements

-2-

COV2-009690
CONFIDENTIAL
TRADE SECRETS

## COVENTRY FIRST, L.L.C.

### STATEMENTS OF INCOME

Years Ended November 30, 2003 and 2002



| | 2003 | 2002 |
|---|---|---|
| **REVENUE** | | |
| Sale of insurance policies | | |
| Less cost of insurance policies | | |
| NET REVENUE | 56,531,305 | 38,231,187 |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Bank service charges and fees | | |
| Computer | | |
| Depreciation and amortization | | |
| Dues and subscriptions | | |
| Employee benefits | | |
| Equipment rental | | |
| Insurance | | |
| Interest expense | | |
| Management fees | 37,901,183 | 25,378,292 |
| Marketing | | |
| Miscellaneous | | |
| Office | | |
| Outside services | | |
| Payroll | | |
| Payroll taxes | | |
| Postage and delivery | | |
| Professional fees | | |
| Recruiting | | |
| Relocating | | |
| Rent | | |
| Retirement plan expense | | |
| Taxes and licenses | | |
| Telephone | | |
| Travel and entertainment | | |
| Utilities | | |
| Add overhead payment to an affiliate | | |
| TOTAL OPERATING EXPENSES | 57,442,776 | 37,357,665 |
| INCOME (LOSS) BEFORE OTHER INCOME | (911,471) | 873,522 |
| **OTHER INCOME** | | |
| Interest income | | |
| Servicing fee income | | |
| TOTAL OTHER INCOME | 972,656 | 335,318 |
| NET INCOME | $    61,185 | $ 1,208,840 |

See Notes to Financial Statements

-3-

COV2-009691
CONFIDENTIAL
TRADE SECRETS

**COVENTRY FIRST, L.L.C.**

**STATEMENTS OF CASH FLOWS**

Years Ended November 30, 2003 and 2002

| | 2003 | 2002 |
|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | |
| Cash received from customers | | |
| Interest income | | |
| Cash provided by operating activities | | |
| Cash paid to suppliers | | |
| Interest paid | | |
| Cash disbursed for operating activities | | |
| NET CASH FLOWS FROM OPERATING ACTIVITIES (SEE SCHEDULE) | 3,352,187 | 637,348 |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | |
| Purchase of property and equipment | | |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | |
| Net proceeds from line of credit | | |
| Managing member's equity contributions | | |
| NET CASH FLOWS FROM FINANCING ACTIVITIES | | |
| NET INCREASE IN CASH | 1,931,740 | 1,828,465 |
| CASH, BEGINNING OF YEAR | 3,677,771 | 1,849,306 |
| CASH, END OF YEAR | $ 5,609,511 | $ 3,677,771 |

REDACTED

See Notes to Financial Statements

-5-

COV2-009693
CONFIDENTIAL
TRADE SECRETS

## COVENTRY FIRST, L.L.C.

### STATEMENTS OF CASH FLOWS (CONTINUED)

Years Ended November 30, 2003 and 2002

|  | 2003 | 2002 |
|---|---|---|
| **SCHEDULE RECONCILING NET INCOME TO NET CASH FLOWS FROM OPERATING ACTIVITIES** | | |
| Net Income | $ 61,186 | $ 1,208,840 |
| Noncash expenses, revenues, losses and gains included in net income | | |
| Net book value of property and equipment transferred from affiliates | | |
| Depreciation and amortization | | |
| Adjustments to reconcile net income to net cash flows from operating activities | | |
| Decrease (increase) in operating assets | | |
| Cash, restricted | | |
| Accounts receivable | | |
| Policies purchased | | |
| Due from affiliates | | |
| Prepaid expenses | | |
| Commissions | | |
| Insurance | | |
| Rent | | |
| Deposits | | |
| Increase (decrease) in operating liabilities | | |
| Accounts payable and accrued expenses | | |
| Payroll taxes withheld and accrued | | |
| Due to affiliates | | |
| **NET CASH FLOWS FROM OPERATING ACTIVITIES** | **$ 3,352,187** | **$ 637,349** |



REDACTED

See Notes to Financial Statements

-6-

COV2-009694
CONFIDENTIAL
TRADE SECRETS

**COVENTRY FIRST, L.L.C.**

**NOTES TO FINANCIAL STATEMENTS**

REDACTED

**(4)    Related party transactions**

The Company currently has arrangements with entities owned by the majority stockholders of the sole member of the Company whereby the Company will share expenses, including payroll and related benefits, and related assets.

| | Years Ended November 30, | |
|---|---|---|
| | **2003** | **2002** |
| Overhead payment paid to an affiliate is as follows: | | |
| The Coventry Group, Inc. |  | |
| Overhead reimbursements received from an affiliate are as follows: | | |
| Coventry Financial, L.L.C. |  | |
| In addition, the Company has incurred other expenses with affiliated entities as follows: | | |
| Management fees paid to affiliates are as follows: | | |
| Montgomery Capital, Inc. | $37,901,163 | $ - |
| The Coventry Group, Inc. | - | 25,378,292 |
| | $37,901,163 | $25,378,292 |



-8-

COV2-009696
CONFIDENTIAL
TRADE SECRETS

# COVENTRY FIRST, L.L.C.

## FINANCIAL STATEMENTS

Year Ended November 30, 2002

COV2-008698
CONFIDENTIAL
TRADE SECRETS

09/19/2006  19  29  FAX

**COVENTRY FIRST, L.L.C.**

Year Ended November 30, 2002

## CONTENTS

|  | Pages |
|---|---|
| **INDEPENDENT AUDITORS' REPORT** | |
| | |
| **FINANCIAL STATEMENTS** | |
| Balance Sheet | 2 |
| Statement of Income | 3 |
| Statement of Managing Member's Equity | 4 |
| Statement of Cash Flows | 5 - 6 |
| | |
| **NOTES TO FINANCIAL STATEMENTS** | 7 - 9 |

COV2-009699
CONFIDENTIAL
TRADE SECRETS



**HALBERT, KATZ & CO., P.C.**
CERTIFIED PUBLIC ACCOUNTANTS

Suite 200 • 401 Plymouth Road • Plymouth Meeting, PA 19462 • 610/662-2200
FAX • 610/662-2300

### INDEPENDENT AUDITORS' REPORT

To the Managing Member

Coventry First, L.L.C.

We have audited the accompanying balance sheet of Coventry First, L.L.C. as of November 30, 2002, and the related statements of income, managing member's equity and cash flows for the year then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with U.S. generally accepted auditing standards. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of Coventry First, L.L.C., as of November 30, 2002, and the results of its operations and its cash flows for the year then ended in conformity with U.S. generally accepted accounting principles.

*Halbert, Katz & Co.PC*

December 17, 2002

-1-
A peer reviewed member of the American Institute of Certified Public Accountants

COV2-009700
CONFIDENTIAL
TRADE SECRETS

09/18/2006 18 26 FAX

## COVENTRY FIRST, L.L.C.

### BALANCE SHEET

#### November 30, 2002

### ASSETS

**CURRENT ASSETS**
- Cash
- Cash, restricted
- Accounts receivable
- Policies purchased
- Prepaid expenses
  - Commissions
  - Insurance
  - Rent

$ REDACTED

**TOTAL CURRENT ASSETS** 6,059,354

**PROPERTY AND EQUIPMENT**
- Leasehold improvements
- Software
- Furniture, fixtures and office equipment

REDACTED

Less accumulated depreciation and amortization

**NET PROPERTY AND EQUIPMENT** 1,297,766

**OTHER ASSETS**
- Deposits 18,415

**TOTAL ASSETS** $7,375,535

### LIABILITIES AND MANAGING MEMBER'S EQUITY

**CURRENT LIABILITIES**
- Accounts payable and accrued expenses
- Payroll taxes withheld and accrued

$ REDACTED

**TOTAL CURRENT LIABILITIES** 3,341,487

**MANAGING MEMBER'S EQUITY** 4,034,048

**TOTAL LIABILITIES AND MANAGING MEMBER'S EQUITY** $7,375,535

See Notes to Financial Statements

-2-

COV2-009701
CONFIDENTIAL
TRADE SECRETS

## COVENTRY FIRST, L.L.C.

### STATEMENT OF INCOME

Year Ended November 30, 2002



| | |
|---|---|
| **INCOME** | |
| Sale of insurance policies | $ |
| Less cost of insurance policies | |
| TOTAL INCOME | 38,231,187 |
| | |
| **OPERATING EXPENSES** | |
| Advertising | |
| Bank service charges and fees | |
| Computer | |
| Depreciation and amortization | |
| Dues and subscriptions | |
| Employee benefits | |
| Equipment rental | |
| Insurance | |
| Management fees | 25,378,292 |
| Marketing | |
| Miscellaneous | |
| Office | |
| Outside services | |
| Payroll | |
| Payroll taxes | |
| Pension | |
| Postage and delivery | |
| Professional fees | |
| Recruiting | |
| Relocating | |
| Taxes and licenses | |
| Telephone | |
| Travel and entertainment | |
| Utilities | |
| | |
| Add overhead payment to an affiliate | |
| TOTAL OPERATING EXPENSES | 37,357,665 |
| | |
| INCOME BEFORE OTHER INCOME | 873,522 |
| | |
| **OTHER INCOME** | |
| Interest income | |
| Servicing fee income | |
| TOTAL OTHER INCOME | 335,318 |
| | |
| NET INCOME | $ 1,208,840 |

See Notes to Financial Statements

COV2-009702
CONFIDENTIAL
TRADE SECRETS

08/19/2006 19 26 FAX

**COVENTRY FIRST, L.L.C.**

**STATEMENT OF CASH FLOWS**

Year Ended November 30, 2002

**CASH FLOWS FROM OPERATING ACTIVITIES**
  Cash received from customers
  Interest income

  Cash provided by operating activities

  Cash paid to suppliers

  Cash disbursed for operating activities

    NET CASH FROM OPERATING ACTIVITIES (SEE SCHEDULE)                          637,349

**CASH FLOWS FROM INVESTING ACTIVITIES**
  Purchase of property and equipment

**CASH FLOWS FROM FINANCING ACTIVITIES**
  Managing member's equity contributions

    NET INCREASE IN CASH                                                     1,828,465

    CASH, BEGINNING OF YEAR                                                  1,849,306

    CASH, END OF YEAR                                                      $ 3,677,771

REDACTED

COV2-009704
CONFIDENTIAL
TRADE SECRETS

## COVENTRY FIRST, LLC.

### STATEMENT OF CASH FLOWS (CONTINUED)

Year Ended November 30, 2002

**SCHEDULE RECONCILING NET INCOME TO NET CASH
FROM OPERATING ACTIVITIES**

| | |
|---|---|
| Net income | $1,208,840 |
| Noncash expenses, revenues, losses and gains | |
|     included in net income | |
|         Net book value of property and equipment transferred | |
|         from affiliates | |
|         Depreciation and amortization | |
|     Adjustments to reconcile net income | |
|         to net cash provided by (used in) operating activities | |
|         (Increase) in operating assets | |
|           Cash, restricted | |
|           Accounts receivable | |
|           Policies purchased | |
|           Due from affiliates | |
|           Prepaid expenses | |
|             Commissions | |
|             Insurance | |
|             Rent | |
|     Increase (decrease) in operating liabilities | |
|         Accounts payable and accrued expenses | |
|         Payroll taxes withheld and accrued | |
|         Due to affiliates | |
| **NET CASH FROM OPERATING ACTIVITIES** | **$  637,349** |



REDACTED

COV2-009705
CONFIDENTIAL
TRADE SECRETS

## COVENTRY FIRST, L.L.C.

### NOTES TO FINANCIAL STATEMENTS

**(3)**    **Related party transactions**

The Company currently has arrangements with entities owned by the majority shareholders of the sole member of the Company whereby the Company will share expenses, including payroll and related benefits, and related assets.

Overhead payment paid to an affiliate is as follows:

Coventry Group, Inc.

Overhead reimbursements received from an affiliate are as follows:

Coventry Financial, L.L.C.

In addition, the Company has incurred other expenses with affiliated entities as follows:

Management fees paid to an affiliate are as follows:

The Coventry Group, Inc.                                            $25,378,292

COV2-009707
CONFIDENTIAL
TRADE SECRETS

-8-

09/19/2006 19:26 FAX

## COVENTRY FIRST, L.L.C.
### (f/k/a MONTGOMERY CAPITAL, L.L.C.)

### FORT WASHINGTON, PENNSYLVANIA

### NOVEMBER 30, 2001

### YEAR END

COV2-009709
CONFIDENTIAL
TRADE SECRETS

**COVENTRY FIRST, L.L.C.**
**(f/k/a MONTGOMERY CAPITAL, L.L.C.)**
**NOTES TO FINANCIAL STATEMENTS - INCOME TAX BASIS (CONTINUED)**
**NOVEMBER 30, 2001**



**REDACTED**

**Note 3**   Related party transactions

The Company currently has arrangements with entities owned by the members of the Company whereby the Company will share expenses, including payroll and related benefits, and related assets.

**Amounts due from affiliates are as follows:**

Alan H. and Constance M. Buerger, affiliate of managing member        $ 
Coventry Center, L.L.C., noninterest bearing
Coventry Financial, L.L.C., noninterest bearing
Montgomery Capital, Inc., noninterest bearing, repaid
  in February, 2002

$ 

**Amount due to an affiliate is as follows:**

Coventry Group, Inc., interest at 6%        $ 

**REDACTED**



**Interest expense incurred to an affiliate is as follows:**

Coventry Group, Inc.        $ 

**Rent reimbursed to an affiliate is as follows:**

Coventry Group, Inc.        $ 

COV2-009717
CONFIDENTIAL
TRADE SECRETS