George A. Borden (7019)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
*Attorney for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------ x
RITCHIE CAPITAL MANAGEMENT LLC,        )
RITCHIE RISK-LINKED STRATEGIES         )
TRADING (IRELAND), LIMITED, RITCHIE    )
RISK-LINKED STRATEGIES TRADING         )
(IRELAND) II, LIMITED, WALKERS SPV     )
LIMITED, as trustee for Ritchie Risk-Linked ) Civil Action No. 07CV3494 (DLC) (DCF)
Life Strategies Trust I and Ritchie Life Strategies )
Master Trust, and RITCHIE RISK-LINKED  ) (ECF)
STRATEGIES TRADING, LTD.,              )
                                       )
                    Plaintiffs,        )
                                       )
        v.                             )
                                       )
COVENTRY FIRST LLC, THE COVENTRY       )
GROUP, INC., MONTGOMERY CAPITAL, INC., )
LST I LLC, ALAN BUERGER, CONSTANCE     )
BUERGER, REID S. BUERGER, ANTONIO      )
MUNIZ, ALEX SELDIN, NEAL JACOBS,       )
EILEEN SHOVLIN, and JIM DODARO,        )
                                       )
                    Defendants.        )
------------------------------------ x

## MOTION FOR *PRO HAC VICE*
## ADMISSION OF DANE H. BUTSWINKAS

Pursuant to Local Civil Rule 1.3(c), undersigned counsel respectfully moves for

the admission *pro hac vice* of the following attorney in the above-captioned matter:

Dane H. Butswinkas, Esquire
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Tel. (202) 434-5000
Fax. (202) 434-5029

This Motion is based on the accompanying Affidavit of George A. Borden and Certificates of Good Standing from the Virginia and District of Columbia Bars, of which Mr. Butswinkas is a member. A proposed Order is attached hereto.

Dated: June 18, 2007

Respectfully submitted,

By: *[signature]*

George A. Borden (7019)

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax. (202) 434-5029

*Attorney for Defendants*

George A. Borden (7019)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
*Attorney for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| RITCHIE CAPITAL MANAGEMENT LLC, RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND), LIMITED, RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND) II, LIMITED, WALKERS SPV LIMITED, as trustee for Ritchie Risk-Linked Life Strategies Trust I and Ritchie Life Strategies Master Trust, and RITCHIE RISK-LINKED STRATEGIES TRADING, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> COVENTRY FIRST LLC, THE COVENTRY GROUP, INC., MONTGOMERY CAPITAL, INC., LST I LLC, ALAN BUERGER, CONSTANCE BUERGER, REID S. BUERGER, ANTONIO MUNIZ, ALEX SELDIN, NEAL JACOBS, EILEEN SHOVLIN, and JIM DODARO, <br><br> Defendants. | Civil Action No. 07CV3494 (DLC) (DCF) <br><br> (ECF) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AFFIDAVIT OF GEORGE A. BORDEN IN SUPPORT OF MOTION
FOR *PRO HAC VICE* ADMISSION OF DANE H. BUTSWINKAS**

I, GEORGE A. BORDEN, declare as follows:

1. I am an attorney with the law firm of Williams & Connolly LLP, attorneys for Defendants in the above-captioned matter, and a member in good standing of the bar of this Court since February 22, 1991. I submit this affidavit in support of the Motion for *Pro Hac Vice*

- 2 -

Admission of Dane H. Butswinkas in the above-captioned matter pursuant to Local Civil Rule 1.3(c).

2. I have known and worked with Mr. Butswinkas since 1989. Mr. Butswinkas is an attorney of the highest ethical and moral character, competence and experience, and I am confident that he will conduct himself accordingly before this Court.

3. In connection with this motion, I am submitting Certificates of Good Standing issued by the Virginia and District of Columbia Bars, of which Mr. Butswinkas is a member. I am aware of no pending disciplinary proceedings against Mr. Butswinkas in any state or federal court.

4. For the foregoing reasons, I respectfully move the *pro hac vice* admission of Dane H. Butswinkas in the above-captioned matter. For the Court's convenience, a proposed order granting this motion is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Washington, D.C. on June 18, 2007.

George A. Borden (7019)



Karen A. Gould, President
McSweeney, Crump, Childress & Gould, P.C.
11 South Twelfth Street
Richmond, VA 23219
Telephone: (804) 545-2415

Howard W. Martin, Jr., President-elect
Crenshaw, Ware & Martin, P.L.C.
1200 Bank of America Center
Norfolk, VA 23510-2111
Telephone: (757) 623-3000

Phillip V. Anderson, Immediate Past President
Frith Anderson & Peake, P.C.
P.O Box 1240
Roanoke, VA 24006-1240
Telephone: (540) 772-4600

George W. Chabalewski
Bar Counsel

# Virginia State Bar

Eighth and Main Building
707 East Main Street, Suite 1500
Richmond, Virginia 23219-2800
Telephone: (804) 775-0500

Facsimile: (804) 775-0501   TDD: (804) 775-0502

Thomas A. Edmonds
Executive Director and
Chief Operating Officer

Mary Yancey Spencer
Deputy Executive Director

Elizabeth L. Keller
Assistant Executive Director
for Bar Services

Susan C. Busch
Assistant Executive Director
for Administration

*May 25, 2007*

**CERTIFICATE OF GOOD STANDING**

*THIS IS TO CERTIFY THAT* **DANE HAL BUTSWINKAS** *IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING.  MR. BUTSWINKAS WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON OCTOBER 12, 1989, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.*

*SINCERELY,*

*THOMAS A. EDMONDS*
*EXECUTIVE DIRECTOR AND*
*CHIEF OPERATING OFFICER*



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**DANE H. BUTSWINKAS**

was on the 14TH day of SEPTEMBER, 1990 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 24, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
RITCHIE CAPITAL MANAGEMENT LLC,              )
RITCHIE RISK-LINKED STRATEGIES               )
TRADING (IRELAND), LIMITED, RITCHIE          )
RISK-LINKED STRATEGIES TRADING               )
(IRELAND) II, LIMITED, WALKERS SPV           )
LIMITED, as trustee for Ritchie Risk-Linked  ) Civil Action No. 07CV3494 (DLC) (DCF)
Life Strategies Trust I and Ritchie Life Strategies )
Master Trust, and RITCHIE RISK-LINKED        ) (ECF)
STRATEGIES TRADING, LTD.,                    )
                                             )
                    Plaintiffs,              )
                                             )
        v.                                   )
                                             )
COVENTRY FIRST LLC, THE COVENTRY             )
GROUP, INC., MONTGOMERY CAPITAL, INC., )
LST I LLC, ALAN BUERGER, CONSTANCE           )
BUERGER, REID S. BUERGER, ANTONIO            )
MUNIZ, ALEX SELDIN, NEAL JACOBS,             )
EILEEN SHOVLIN, and JIM DODARO,              )
                                             )
                    Defendants.              )
---------------------------------- x

## [Proposed] ORDER ADMITTING COUNSEL *PRO HAC VICE*

This matter having been brought before the Court by motion pursuant to Local Civil Rule 1.3(c) for the admission *pro hac vice* of Dane H. Butswinkas, Esquire, in the above-captioned matter, it is this __ day of _____ 2007, hereby

ORDERED that the motion is GRANTED, and

IT IS FURTHER ORDERED THAT Dane H. Butswinkas shall be admitted *pro hac vice* in the above-captioned matter. Counsel shall remit the required $25 fee to the Cashier's Office for this *pro hac vice* admission.

SO ORDERED:

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, George A. Borden, hereby certify that on this 18th day of June, 2007, I caused true and correct copies of the Notices of Motion for *Pro Hac Vice* Admission of Dane H. Butswinkas, Robert M. Cary, Kenneth J. Brown, Rachel R. Shanahan, and Thomas P. Windom to be served via overnight delivery upon:

Lawrence S. Robbins, Esq.
Gary A. Orseck, Esq.
Daniel R. Walfish, Esq.
Robbins, Russell, Englert, Orseck & Untereiner LLP
1801 K Street, N.W.
Washington, DC 20006
(202) 775-4500
(202) 775-4510 (telecopy)
lrobbins@robbinsrussell.com
gorseck@robbinsrussell.com
dwalfish@robbinsrussell.com

Thomas P. Puccio, Esq.
Law Offices of Thomas P. Puccio
230 Park Avenue
New York, NY 10169
(212) 883-6383
(212) 883-6388 (telecopy)
tpuccio@lotpp.com

*Attorneys for Plaintiffs*

George A. Borden (7019)