George A. Borden (7019)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
*Attorney for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| RITCHIE CAPITAL MANAGEMENT LLC, RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND), LIMITED, RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND) II, LIMITED, WALKERS SPV LIMITED, as trustee for Ritchie Risk-Linked Life Strategies Trust I and Ritchie Life Strategies Master Trust, and RITCHIE RISK-LINKED STRATEGIES TRADING, LTD., ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 07CV3494 (DLC) (ECF) (ECF) |
| Plaintiffs, ) ) | |
| v. ) ) | |
| COVENTRY FIRST LLC, THE COVENTRY GROUP, INC., MONTGOMERY CAPITAL, INC., LST I LLC, ALAN BUERGER, CONSTANCE BUERGER, REID S. BUERGER, ANTONIO MUNIZ, ALEX SELDIN, NEAL JACOBS, EILEEN SHOVLIN, and JIM DODARO, ) ) ) ) ) ) ) | |
| Defendants. ) | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x




## MOTION FOR *PRO HAC VICE* ADMISSION OF RACHEL R. SHANAHAN

Pursuant to Local Civil Rule 1.3(c), undersigned counsel respectfully moves for the admission *pro hac vice* of the following attorney in the above-captioned matter:

Rachel R. Shanahan, Esquire
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

- 2 -

Tel. (202) 434-5000
Fax. (202) 434-5029

This Motion is based on the accompanying Affidavit of George A. Borden and Certificates of Good Standing from the Virginia and District of Columbia Bars, of which Ms. Shanahan is a member. A proposed Order is attached hereto.

Dated: June 18, 2007

Respectfully submitted,

By: _____
George A. Borden (7019)

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel.  (202) 434-5000
Fax. (202) 434-5029

*Attorney for Defendants*

George A. Borden (7019)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
*Attorney for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------x

RITCHIE CAPITAL MANAGEMENT LLC, )
RITCHIE RISK-LINKED STRATEGIES )
TRADING (IRELAND), LIMITED, RITCHIE )
RISK-LINKED STRATEGIES TRADING )
(IRELAND) II, LIMITED, WALKERS SPV )
LIMITED, as trustee for Ritchie Risk-Linked ) Civil Action No. 07CV3494 (DLC) (DCF)
Life Strategies Trust I and Ritchie Life Strategies )
Master Trust, and RITCHIE RISK-LINKED ) (ECF)
STRATEGIES TRADING, LTD., )
                                            Plaintiffs, )
)
                                            v. )
)
COVENTRY FIRST LLC, THE COVENTRY )
GROUP, INC., MONTGOMERY CAPITAL, INC.,)
LST I LLC, ALAN BUERGER, CONSTANCE )
BUERGER, REID S. BUERGER, ANTONIO )
MUNIZ, ALEX SELDIN, NEAL JACOBS, )
EILEEN SHOVLIN, and JIM DODARO, )
)
                                            Defendants. )

------------------------------------x

**AFFIDAVIT OF GEORGE A. BORDEN IN SUPPORT OF MOTION
FOR *PRO HAC VICE* ADMISSION OF RACHEL R. SHANAHAN**

I, GEORGE A. BORDEN, declare as follows:

    1.    I am an attorney with the law firm of Williams & Connolly LLP, attorneys for Defendants in the above-captioned matter, and a member in good standing of the bar of this Court since February 22, 1991. I submit this affidavit in support of the Motion for *Pro Hac Vice*

- 2 -

Admission of Rachel R. Shanahan in the above-captioned matter pursuant to Local Civil Rule 1.3(c).

2.  I have known and worked with Ms. Shanahan since 2004. Ms. Shanahan is an attorney of the highest ethical and moral character, competence and experience, and I am confident that he will conduct himself accordingly before this Court.

3.  In connection with this motion, I am submitting Certificates of Good Standing issued by the Virginia and District of Columbia Bars, of which Ms. Shanahan is a member. I am aware of no pending disciplinary proceedings against Ms. Shanahan in any state or federal court.

4.  For the foregoing reasons, I respectfully move the *pro hac vice* admission of Rachel R. Shanahan in the above-captioned matter. For the Court's convenience, a proposed order granting this motion is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Washington, D.C. on June 18, 2007.

_____
George A. Borden (7019)

Karen A. Gould, President
McSweeney, Crump, Childress & Gould, P.C.
11 South Twelfth Street
Richmond, VA 23219
Telephone: (804) 545-2415

Howard W. Martin, Jr., President-elect
Crenshaw, Ware & Martin, P.L.C.
1200 Bank of America Center
Norfolk, VA 23510-2111
Telephone: (757) 623-3000

Phillip V. Anderson, Immediate Past President
Frith Anderson & Peake, P.C.
P.O. Box 1240
Roanoke, VA 24006-1240
Telephone: (540) 772-4600

George W. Chabalewski
Bar Counsel



# Virginia State Bar

Eighth and Main Building
707 East Main Street, Suite 1500
Richmond, Virginia 23219-2800
Telephone: (804) 775-0500

Facsimile: (804) 775-0501  TDD: (804) 775-0502

Thomas A. Edmonds
Executive Director and
Chief Operating Officer

Mary Yancey Spencer
Deputy Executive Director

Elizabeth L. Keller
Assistant Executive Director
for Bar Services

Susan C. Bnsch
Assistant Executive Director
for Administration

June 7, 2007

**CERTIFICATE OF GOOD STANDING**

THIS IS TO CERTIFY THAT **RACHEL ROSE SHANAHAN** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MS. SHANAHAN** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 15, 2004** AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

SINCERELY,

*Thomas A. Edmonds*

THOMAS A. EDMONDS
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

RACHEL R. SHANAHAN

was on the  8TH  day of  JULY, 2005  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 12, 2007.
>
> GARLAND PINKSTON, JR., CLERK
>
> By: _____
>              Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
| | |
|---|---|
| RITCHIE CAPITAL MANAGEMENT LLC, RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND), LIMITED, RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND) II, LIMITED, WALKERS SPV LIMITED, as trustee for Ritchie Risk-Linked Life Strategies Trust I and Ritchie Life Strategies Master Trust, and RITCHIE RISK-LINKED STRATEGIES TRADING, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> COVENTRY FIRST LLC, THE COVENTRY GROUP, INC., MONTGOMERY CAPITAL, INC., LST I LLC, ALAN BUERGER, CONSTANCE BUERGER, REID S. BUERGER, ANTONIO MUNIZ, ALEX SELDIN, NEAL JACOBS, EILEEN SHOVLIN, and JIM DODARO, <br><br> Defendants. | Civil Action No. 07CV3494 (DLC) (DCF) <br><br> (ECF) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### [Proposed] ORDER ADMITTING COUNSEL *PRO HAC VICE*

This matter having been brought before the Court by motion pursuant to Local Civil Rule 1.3(c) for the admission *pro hac vice* of Rachel R. Shanahan, Esquire, in the above-captioned matter, it is this ___ day of _____ 2007, hereby

ORDERED that the motion is GRANTED, and

IT IS FURTHER ORDERED THAT Rachel R. Shanahan shall be admitted *pro hac vice* in the above-captioned matter. Counsel shall remit the required $25 fee to the Cashier's Office for this *pro hac vice* admission.

SO ORDERED:

_____
United States District Judge