



George A. Borden (7019)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
*Attorney for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| RITCHIE CAPITAL MANAGEMENT LLC, RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND), LIMITED, RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND) II, LIMITED, WALKERS SPV LIMITED, as trustee for Ritchie Risk-Linked Life Strategies Trust I and Ritchie Life Strategies Master Trust, and RITCHIE RISK-LINKED STRATEGIES TRADING, LTD., <br><br>                    Plaintiffs, <br><br>      v. <br><br>COVENTRY FIRST LLC, THE COVENTRY GROUP, INC., MONTGOMERY CAPITAL, INC., LST I LLC, ALAN BUERGER, CONSTANCE BUERGER, REID S. BUERGER, ANTONIO MUNIZ, ALEX SELDIN, NEAL JACOBS, EILEEN SHOVLIN, and JIM DODARO, <br><br>                    Defendants. | Civil Action No. 07CV3494 (DLC) (DCF) <br><br>(ECF) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### MOTION FOR *PRO HAC VICE* ADMISSION OF ROBERT M. CARY

Pursuant to Local Civil Rule 1.3(c), undersigned counsel respectfully moves for

the admission *pro hac vice* of the following attorney in the above-captioned matter:

Robert M. Cary, Esquire
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

- 2 -

Tel. (202) 434-5000
Fax. (202) 434-5029

This Motion is based on the accompanying Affidavit of George A. Borden and Certificates of Good Standing from the Virginia, District of Columbia and Maryland Bars, of which Mr. Cary is a member. A proposed Order is attached hereto.

Dated: June 18, 2007

Respectfully submitted,

By: /s/ George A. Borden

George A. Borden (7019)

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax. (202) 434-5029

*Attorney for Defendants*

George A. Borden (7019)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
*Attorney for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
RITCHIE CAPITAL MANAGEMENT LLC,              )
RITCHIE RISK-LINKED STRATEGIES               )
TRADING (IRELAND), LIMITED, RITCHIE          )
RISK-LINKED STRATEGIES TRADING               )
(IRELAND) II, LIMITED, WALKERS SPV           )
LIMITED, as trustee for Ritchie Risk-Linked  ) Civil Action No. 07CV3494 (DLC) (DCF)
Life Strategies Trust I and Ritchie Life Strategies )
Master Trust, and RITCHIE RISK-LINKED        ) (ECF)
STRATEGIES TRADING, LTD.,                    )
                                             )
                    Plaintiffs,              )
                                             )
        v.                                   )
                                             )
COVENTRY FIRST LLC, THE COVENTRY             )
GROUP, INC., MONTGOMERY CAPITAL, INC.,)
LST I LLC, ALAN BUERGER, CONSTANCE           )
BUERGER, REID S. BUERGER, ANTONIO            )
MUNIZ, ALEX SELDIN, NEAL JACOBS,             )
EILEEN SHOVLIN, and JIM DODARO,              )
                                             )
                    Defendants.              )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AFFIDAVIT OF GEORGE A. BORDEN IN SUPPORT OF MOTION
FOR *PRO HAC VICE* ADMISSION OF ROBERT M. CARY**

I, GEORGE A. BORDEN, declare as follows:

I.   I am an attorney with the law firm of Williams & Connolly LLP, attorneys for

Defendants in the above-captioned matter, and a member in good standing of the bar of this

Court since February 22, 1991. I submit this affidavit in support of the Motion for *Pro Hac Vice*

Admission of Robert M. Cary in the above-captioned matter pursuant to Local Civil Rule 1.3(c).

- 2 -

2.      I have known and worked with Mr. Cary since 1991. Mr. Cary is an attorney of the highest ethical and moral character, competence and experience, and I am confident that he will conduct himself accordingly before this Court.

3.      In connection with this motion, I am submitting Certificates of Good Standing issued by the Virginia, District of Columbia and Maryland Bars, of which Mr. Cary is a member. I am aware of no pending disciplinary proceedings against Mr. Cary in any state or federal court.

4.      For the foregoing reasons, I respectfully move the *pro hac vice* admission of Robert M. Cary in the above-captioned matter. For the Court's convenience, a proposed order granting this motion is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Washington, D.C. on June 18, 2007.

George A. Borden (7019)

# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia,

do hereby certify that

ROBERT MADISON CARY

was admitted to practice as an attorney and counsellor at the bar of this Court on

April 15, 1991.

I further certify that so far as the records of this office are

concerned, ROBERT MADISON CARY is a member of the bar of this

Court in good standing.

**Witness** my hand and seal of said Court

This 8th day of June

A.D. 2007

By: _____

Deputy Clerk



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

ROBERT MADISON CARY

was on the 24TH day of JANUARY, 1992 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 5, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

# Court of Appeals
# of Maryland
## Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

    I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the thirty-first day of October, 1991,

## Robert Madison Cary

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

    **In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this fifth day of June, 2007.*

*Alexander L. Cummings*
Clerk of the Court of Appeals of Maryland

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
RITCHIE CAPITAL MANAGEMENT LLC,              )
RITCHIE RISK-LINKED STRATEGIES               )
TRADING (IRELAND), LIMITED, RITCHIE          )
RISK-LINKED STRATEGIES TRADING               )
(IRELAND) II, LIMITED, WALKERS SPV           )
LIMITED, as trustee for Ritchie Risk-Linked  ) Civil Action No. 07CV3494 (DLC) (DCF)
Life Strategies Trust I and Ritchie Life Strategies )
Master Trust, and RITCHIE RISK-LINKED        ) (ECF)
STRATEGIES TRADING, LTD.,                    )
                                             )
                    Plaintiffs,              )
                                             )
         v.                                  )
                                             )
COVENTRY FIRST LLC, THE COVENTRY             )
GROUP, INC., MONTGOMERY CAPITAL, INC.,)
LST I LLC, ALAN BUERGER, CONSTANCE           )
BUERGER, REID S. BUERGER, ANTONIO            )
MUNIZ, ALEX SELDIN, NEAL JACOBS,             )
EILEEN SHOVLIN, and JIM DODARO,              )
                                             )
                    Defendants.              )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## [Proposed] ORDER ADMITTING COUNSEL *PRO HAC VICE*

This matter having been brought before the Court by motion pursuant to Local Civil Rule 1.3(c) for the admission *pro hac vice* of Robert M. Cary, Esquire, in the above-captioned matter, it is this __ day of _____ 2007, hereby

ORDERED that the motion is GRANTED, and

IT IS FURTHER ORDERED THAT Robert M. Cary shall be admitted *pro hac vice* in the above-captioned matter. Counsel shall remit the required $25 fee to the Cashier's Office for this *pro hac vice* admission.

SO ORDERED:

_____
United States District Judge