George A. Borden (7019)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
*Attorney for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK



- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RITCHIE CAPITAL MANAGEMENT LLC,              )
RITCHIE RISK-LINKED STRATEGIES               )
TRADING (IRELAND), LIMITED, RITCHIE          )
RISK-LINKED STRATEGIES TRADING               )
(IRELAND) II, LIMITED, WALKERS SPV           )
LIMITED, as trustee for Ritchie Risk-Linked  ) Civil Action No. 07CV3494 (DLC) (DCF)
Life Strategies Trust I and Ritchie Life Strategies )
Master Trust, and RITCHIE RISK-LINKED        ) (ECF)
STRATEGIES TRADING, LTD.,                     )
                                              )
                Plaintiffs,                   )
                                              )
        v.                                    )
                                              )
COVENTRY FIRST LLC, THE COVENTRY             )
GROUP, INC., MONTGOMERY CAPITAL, INC.,)
LST I LLC, ALAN BUERGER, CONSTANCE           )
BUERGER, REID S. BUERGER, ANTONIO            )
MUNIZ, ALEX SELDIN, NEAL JACOBS,             )
EILEEN SHOVLIN, and JIM DODARO,              )
                                              )
                Defendants.                   )

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION FOR *PRO HAC VICE*
## ADMISSION OF THOMAS P. WINDOM

Pursuant to Local Civil Rule 1.3(c), undersigned counsel respectfully moves for

the admission *pro hac vice* of the following attorney in the above-captioned matter:

Thomas P. Windom, Esquire
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Tel. (202) 434-5000
Fax. (202) 434-5029

This Motion is based on the accompanying Affidavit of George A. Borden and

Certificates of Good Standing from the Virginia, District of Columbia and Illinois Bars, of which

Mr. Windom is a member.  A proposed Order is attached hereto.


Dated: June 18, 2007

Respectfully submitted,

By:

George A. Borden (7019)

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Tel.  (202) 434-5000
Fax.  (202) 434-5029

*Attorney for Defendants*

George A. Borden (7019)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
*Attorney for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| RITCHIE CAPITAL MANAGEMENT LLC,<br>RITCHIE RISK-LINKED STRATEGIES<br>TRADING (IRELAND), LIMITED, RITCHIE<br>RISK-LINKED STRATEGIES TRADING<br>(IRELAND) II, LIMITED, WALKERS SPV<br>LIMITED, as trustee for Ritchie Risk-Linked<br>Life Strategies Trust I and Ritchie Life Strategies<br>Master Trust, and RITCHIE RISK-LINKED<br>STRATEGIES TRADING, LTD., | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07CV3494 (DLC) (DCF)<br>)<br>) (ECF)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| COVENTRY FIRST LLC, THE COVENTRY<br>GROUP, INC., MONTGOMERY CAPITAL, INC.,<br>LST I LLC, ALAN BUERGER, CONSTANCE<br>BUERGER, REID S. BUERGER, ANTONIO<br>MUNIZ, ALEX SELDIN, NEAL JACOBS,<br>EILEEN SHOVLIN, and JIM DODARO, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF GEORGE A. BORDEN IN SUPPORT OF MOTION
## FOR *PRO HAC VICE* ADMISSION OF THOMAS P. WINDOM

I, GEORGE A. BORDEN, declare as follows:

1.      I am an attorney with the law firm of Williams & Connolly LLP, attorneys for

Defendants in the above-captioned matter, and a member in good standing of the bar of this

Court since February 22, 1991. I submit this affidavit in support of the Motion for *Pro Hac Vice*

Admission of Thomas P. Windom in the above-captioned matter pursuant to Local Civil Rule 1.3(c).

    2.    I have known and worked with Mr. Windom since 2006. Mr. Windom is an attorney of the highest ethical and moral character, competence and experience, and I am confident that he will conduct himself accordingly before this Court.

    3.    In connection with this motion, I am submitting Certificates of Good Standing issued by the Virginia, District of Columbia and Illinois Bars, of which Mr. Windom is a member. I am aware of no pending disciplinary proceedings against Mr. Windom in any state or federal court.

    4.    For the foregoing reasons, I respectfully move the *pro hac vice* admission of Thomas P. Windom in the above-captioned matter. For the Court's convenience, a proposed order granting this motion is attached hereto.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C. on June 18, 2007.

                    George A. Borden (7019)

Karen A. Gould, President
McSweeney, Crump, Childress & Gould, P.C.
11 South Twelfth Street
Richmond, VA 23219
Telephone: (804) 545-2415

Howard W. Martin, Jr., President-elect
Crenshaw, Ware & Martin, P.L.C.
1200 Bank of America Center
Norfolk, VA 23510-2111
Telephone: (757) 623-3000

Phillip V. Anderson, Immediate Past President
Frith Anderson & Peake, P.C.
P.O. Box 1240
Roanoke, VA 24006-1240
Telephone: (540) 772-4600

George W. Chabalewski
Bar Counsel

# Virginia State Bar

**Eighth and Main Building**
**707 East Main Street, Suite 1500**
**Richmond, Virginia 23219-2800**
**Telephone: (804) 775-0500**

Facsimile: (804) 775-0501    TDD: (804) 775-0502

Thomas A. Edmonds
Executive Director and
Chief Operating Officer

Mary Yancey Spencer
Deputy Executive Director

Elizabeth L. Keller
Assistant Executive Director
for Bar Services

Susan C. Busch
Assistant Executive Director
for Administration

*May 30, 2007*

### *CERTIFICATE OF GOOD STANDING*

*THIS IS TO CERTIFY THAT **THOMAS PATRICK WINDOM** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING.*

***MR. WINDOM** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 13, 2005**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.*

*SINCERELY,*

*THOMAS A. EDMONDS*
*EXECUTIVE DIRECTOR AND*
*CHIEF OPERATING OFFICER*



## District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. -- Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

THOMAS P. WINDOM

was on the   8TH   day of    JANUARY, 2007

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have
> hereunto subscribed my name
> and affixed the seal of this
> Court at the City of
> Washington, D.C., on June 5,
> 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
                    Deputy Clerk



**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION**
of the
**SUPREME COURT OF ILLINOIS**

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

Thomas Patrick Windom
Williams & Connolly LLP
725 12th St, NW
Washington, DC 20005-3901

Chicago
Wednesday, June 06, 2007

In re: Thomas Patrick Windom
Admitted: 1/9/2007
Attorney No. 6291071

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the
attorney named above was admitted to the practice of law in Illinois; is currently registered on the
master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is
in good standing.

Very truly yours,
Jerome Larkin
Administrator

By:
Roxanne Trenter
Deputy Registrar

RT

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
RITCHIE CAPITAL MANAGEMENT LLC,                )
RITCHIE RISK-LINKED STRATEGIES                 )
TRADING (IRELAND), LIMITED, RITCHIE            )
RISK-LINKED STRATEGIES TRADING                 )
(IRELAND) II, LIMITED, WALKERS SPV             )
LIMITED, as trustee for Ritchie Risk-Linked    ) Civil Action No. 07CV3494 (DLC) (DCF)
Life Strategies Trust I and Ritchie Life Strategies )
Master Trust, and RITCHIE RISK-LINKED          ) (ECF)
STRATEGIES TRADING, LTD.,                       )
                                                )
                        Plaintiffs,             )
                                                )
            v.                                  )
                                                )
COVENTRY FIRST LLC, THE COVENTRY               )
GROUP, INC., MONTGOMERY CAPITAL, INC., )
LST I LLC, ALAN BUERGER, CONSTANCE             )
BUERGER, REID S. BUERGER, ANTONIO              )
MUNIZ, ALEX SELDIN, NEAL JACOBS,               )
EILEEN SHOVLIN, and JIM DODARO,                )
                                                )
                        Defendants.             )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## [Proposed] ORDER ADMITTING COUNSEL *PRO HAC VICE*

This matter having been brought before the Court by motion pursuant to Local

Civil Rule 1.3(c) for the admission *pro hac vice* of Thomas P. Windom, Esquire, in the above-

captioned matter, it is this __ day of _____ 2007, hereby

ORDERED that the motion is GRANTED, and

IT IS FURTHER ORDERED THAT Thomas P. Windom shall be admitted *pro*

*hac vice* in the above-captioned matter. Counsel shall remit the required $25 fee to the Cashier's

Office for this *pro hac vice* admission.

SO ORDERED:

_____
United States District Judge