UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| RITCHIE CAPITAL MANAGEMENT LLC, RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND), LIMITED, RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND) II, LIMITED, WALKERS SPV LIMITED, as trustee for Ritchie Risk-Linked Life Strategies Trust I and Ritchie Life Strategies Master Trust, and RITCHIE RISK-LINKED STRATEGIES TRADING, LTD., ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 07CV3494 (DLC) (DCF)<br><br>(ECF) |
| Plaintiffs, ) ) | |
| v.  ) ) | |
| COVENTRY FIRST LLC, THE COVENTRY GROUP, INC., MONTGOMERY CAPITAL, INC., LST I LLC, ALAN BUERGER, CONSTANCE BUERGER, REID S. BUERGER, ANTONIO MUNIZ, ALEX SELDIN, NEAL JACOBS, EILEEN SHOVLIN, and JIM DODARO, ) ) ) ) ) ) ) | |
| Defendants. ) | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

Please enter the appearance of Katherine G. Lindsey of Williams & Connolly LLP as counsel for Defendants Coventry First LLC, The Coventry Group, Inc., Montgomery Capital, Inc., LST I LLC, Alan Buerger, Constance Buerger, Reid Buerger, Antonio Muniz, Alex Seldin, Neal Jacobs, Eileen Shovlin, and Jim Dodaro in the above-captioned case.

Respectfully submitted,

**WILLIAMS & CONNOLLY LLP**

By: _____/s/_____
      Katherine G. Lindsey (KL-0902)
      725 Twelfth Street, N.W.
      Washington, D.C.  20005
      (202) 434-5000
      (202) 434-5029 (facsimile)

Dated:  July 2, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2007, I caused the foregoing Notice of Appearance to be served electronically via the Court's ECF system on the following counsel:

Lawrence S. Robbins, Esq.
Gary A. Orseck, Esq.
Daniel R. Walfish, Esq.
Robbins, Russell, Englert, Orseck & Untereiner LLP
1801 K Street, N.W.
Washington, DC 20006
(202) 775-4500
(202) 775-4510 (telecopy)
lrobbins@robbinsrussell.com
gorseck@robbinsrussell.com
dwalfish@robbinsrussell.com

Thomas P. Puccio, Esq.
Law Offices of Thomas P. Puccio
230 Park Avenue
New York, NY 10169
(212) 883-6383
(212) 883-6388 (telecopy)
tpuccio@lotpp.com

*Attorneys for Plaintiffs*

                                                   /s/
                                Katherine G. Lindsey (KL 0902)