George A. Borden (7019)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
*Attorney for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RITCHIE CAPITAL MANAGEMENT LLC, )
RITCHIE RISK-LINKED STRATEGIES )
TRADING (IRELAND), LIMITED, RITCHIE )
RISK-LINKED STRATEGIES TRADING )
(IRELAND) II, LIMITED, WALKERS SPV )
LIMITED, as trustee for Ritchie Risk-Linked ) Civil Action No. 07CV3494 (DLC) (ECF)
Life Strategies Trust I and Ritchie Life Strategies )
Master Trust, and RITCHIE RISK-LINKED ) (ECF)
STRATEGIES TRADING, LTD., )
)
          Plaintiffs, )
)
v. )
)
COVENTRY FIRST LLC, THE COVENTRY )
GROUP, INC., MONTGOMERY CAPITAL, INC.,)
LST I LLC, ALAN BUERGER, CONSTANCE )
BUERGER, REID S. BUERGER, ANTONIO )
MUNIZ, ALEX SELDIN, NEAL JACOBS, )
EILEEN SHOVLIN, and JIM DODARO, )
)
          Defendants. )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MOTION FOR *PRO HAC VICE*
ADMISSION OF RACHEL R. SHANAHAN**

Pursuant to Local Civil Rule 1.3(c), undersigned counsel respectfully moves for

the admission *pro hac vice* of the following attorney in the above-captioned matter:

Rachel R. Shanahan, Esquire
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005