**SCANNED**

*rec'd 6/10/07*
*copy*
*30*

George A. Borden (7019)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
*Attorney for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

RITCHIE CAPITAL MANAGEMENT LLC, )
RITCHIE RISK-LINKED STRATEGIES )
TRADING (IRELAND), LIMITED, RITCHIE )
RISK-LINKED STRATEGIES TRADING )
(IRELAND) II, LIMITED, WALKERS SPV )
LIMITED, as trustee for Ritchie Risk-Linked ) Civil Action No. 07CV3494 (DLC) (DCF)
Life Strategies Trust I and Ritchie Life Strategies )
Master Trust, and RITCHIE RISK-LINKED ) (ECF)
STRATEGIES TRADING, LTD., )
  )
  )
            Plaintiffs, )
  )
  )
      v. )
  )
COVENTRY FIRST LLC, THE COVENTRY )
GROUP, INC., MONTGOMERY CAPITAL, INC., )
LST I LLC, ALAN BUERGER, CONSTANCE )
BUERGER, REID S. BUERGER, ANTONIO )
MUNIZ, ALEX SELDIN, NEAL JACOBS, )
EILEEN SHOVLIN, and JIM DODARO, )
  )
            Defendants. )

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

*Granted.*
*Denise Cote*
*July 2, 2007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/07

**MOTION FOR *PRO HAC VICE***
**ADMISSION OF THOMAS P. WINDOM**

Pursuant to Local Civil Rule 1.3(c), undersigned counsel respectfully moves for

the admission *pro hac vice* of the following attorney in the above-captioned matter:

Thomas P. Windom, Esquire
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005