Katherine G. Lindsey (KL-0902)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
*Attorney for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| RITCHIE CAPITAL MANAGEMENT LLC, RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND), LIMITED, RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND) II, LIMITED, WALKERS SPV LIMITED, as trustee for Ritchie Risk-Linked Life Strategies Trust I and Ritchie Life Strategies Master Trust, and RITCHIE RISK-LINKED STRATEGIES TRADING, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> COVENTRY FIRST LLC, THE COVENTRY GROUP, INC., MONTGOMERY CAPITAL, INC., LST I LLC, ALAN BUERGER, CONSTANCE BUERGER, REID S. BUERGER, ANTONIO MUNIZ, ALEX SELDIN, NEAL JACOBS, EILEEN SHOVLIN, and JIM DODARO, <br><br> Defendants. | Civil Action No. 07CV3494 (DLC) (DCF) <br><br> (ECF) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION FOR *PRO HAC VICE* ADMISSION OF DAVID A. FORKNER

Pursuant to Local Civil Rule 1.3(c), undersigned counsel respectfully moves for

the admission *pro hac vice* of the following attorney in the above-captioned matter:

>David A. Forkner, Esquire
>Williams & Connolly LLP
>725 Twelfth Street, N.W.
>Washington, D.C. 20005

Tel. (202) 434-5000
Fax. (202) 434-5029

This Motion is based on the accompanying Affidavit of Katherine G. Lindsey and Certificates of Good Standing of the District of Columbia and Colorado Bars, of which Mr. Forkner is a member. A proposed Order is attached hereto.

Dated: July 5, 2007                                     Respectfully submitted,

                                                By: _____/s/ Katherine G. Lindsey_____
                                                     Katherine G. Lindsey (KL-0902)

                                                     WILLIAMS & CONNOLLY LLP
                                                     725 Twelfth Street, N.W.
                                                     Washington, D.C. 20005
                                                     Tel. (202) 434-5000
                                                     Fax. (202) 434-5029

                                                     *Attorney for Defendants*

Katherine G. Lindsey (KL-0902)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
*Attorney for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
RITCHIE CAPITAL MANAGEMENT LLC,         )
RITCHIE RISK-LINKED STRATEGIES          )
TRADING (IRELAND), LIMITED, RITCHIE     )
RISK-LINKED STRATEGIES TRADING          )
(IRELAND) II, LIMITED, WALKERS SPV      )
LIMITED, as trustee for Ritchie Risk-Linked   ) Civil Action No. 07CV3494 (DLC) (DCF)
Life Strategies Trust I and Ritchie Life Strategies  )
Master Trust, and RITCHIE RISK-LINKED   ) (ECF)
STRATEGIES TRADING, LTD.,               )
                                         )
                    Plaintiffs,          )
                                         )
        v.                               )
                                         )
COVENTRY FIRST LLC, THE COVENTRY        )
GROUP, INC., MONTGOMERY CAPITAL, INC., )
LST I LLC, ALAN BUERGER, CONSTANCE      )
BUERGER, REID S. BUERGER, ANTONIO       )
MUNIZ, ALEX SELDIN, NEAL JACOBS,        )
EILEEN SHOVLIN, and JIM DODARO,         )
                                         )
                    Defendants.          )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AFFIDAVIT OF KATHERINE G. LINDSEY IN SUPPORT OF MOTION
FOR *PRO HAC VICE* ADMISSION OF DAVID A. FORKNER**

I, KATHERINE G. LINDSEY, declare as follows:

1.  I am an attorney with the law firm of Williams & Connolly LLP, attorneys for

Defendants in the above-captioned matter, and a member in good standing of the bar of this

Court since June 12, 2007. I submit this affidavit in support of the Motion for *Pro Hac Vice*

Admission of David A. Forkner in the above-captioned matter pursuant to Local Civil Rule 1.3(c).

2.	I have known and worked with Mr. Forkner since October 2005. Mr. Forkner is an attorney of the highest ethical and moral character, competence and experience, and I am confident that he will conduct himself accordingly before this Court.

3.	In connection with this motion, I am submitting Certificates of Good Standing issued by the District of Columbia and Colorado Bars, of which Mr. Forkner is a member. I am aware of no pending disciplinary proceedings against Mr. Forkner in any state or federal court.

4.	For the foregoing reasons, I respectfully move the *pro hac vice* admission of David A. Forkner in the above-captioned matter. For the Court's convenience, a proposed order granting this motion is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Washington, D.C. on July 5, 2007.

                                                 Katherine G. Lindsey (KL-0902)



# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, **Susan J. Festag**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**David A. Forkner**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **13th** day of **November** A. D. **1997** and that at the date hereof the said **David A. Forkner**

is in good standing at this Bar. *Attorney is inactive commencing 2/25/1999*

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **18th** day of **June** A. D. **2007**

**Susan J. Festag**

Clerk



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

DAVID A. FORKNER

was on the 1ST day of OCTOBER, 1999 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 19, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
        Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
RITCHIE CAPITAL MANAGEMENT LLC,           )
RITCHIE RISK-LINKED STRATEGIES            )
TRADING (IRELAND), LIMITED, RITCHIE       )
RISK-LINKED STRATEGIES TRADING            )
(IRELAND) II, LIMITED, WALKERS SPV        )
LIMITED, as trustee for Ritchie Risk-Linked ) Civil Action No. 07CV3494 (DLC) (DCF)
Life Strategies Trust I and Ritchie Life Strategies )
Master Trust, and RITCHIE RISK-LINKED     ) (ECF)
STRATEGIES TRADING, LTD.,                 )
                                          )
                Plaintiffs,               )
                                          )
        v.                                )
                                          )
COVENTRY FIRST LLC, THE COVENTRY          )
GROUP, INC., MONTGOMERY CAPITAL, INC., )
LST I LLC, ALAN BUERGER, CONSTANCE        )
BUERGER, REID S. BUERGER, ANTONIO         )
MUNIZ, ALEX SELDIN, NEAL JACOBS,          )
EILEEN SHOVLIN, and JIM DODARO,           )
                                          )
                Defendants.               )
---------------------------------- x

### [Proposed] ORDER ADMITTING COUNSEL *PRO HAC VICE*

This matter having been brought before the Court by motion pursuant to Local Civil Rule 1.3(c) for the admission *pro hac vice* of David A. Forkner, Esquire, in the above-captioned matter, it is this __ day of _____ 2007, hereby

ORDERED that the motion is GRANTED, and

IT IS FURTHER ORDERED THAT David A. Forkner shall be admitted *pro hac vice* in the above-captioned matter. Counsel shall remit the required $25 fee to the Cashier's Office for this *pro hac vice* admission.

SO ORDERED:

_____
United States District Judge

## CERTIFICATE OF SERVICE

      I, Katherine G. Lindsey, hereby certify that on this 5th day of July, 2007, I caused true and correct copies of the Notice of Motion for *Pro Hac Vice* Admission of David A. Forkner to be served via overnight delivery upon:

Lawrence S. Robbins, Esq.
Gary A. Orseck, Esq.
Daniel R. Walfish, Esq.
Robbins, Russell, Englert, Orseck & Untereiner LLP
1801 K Street, N.W.
Washington, DC 20006
(202) 775-4500
(202) 775-4510 (telecopy)
lrobbins@robbinsrussell.com
gorseck@robbinsrussell.com
dwalfish@robbinsrussell.com

Thomas P. Puccio, Esq.
Law Offices of Thomas P. Puccio
230 Park Avenue
New York, NY 10169
(212) 883-6383
(212) 883-6388 (telecopy)
tpuccio@lotpp.com

*Attorneys for Plaintiffs*

                                                    Katherine G. Lindsey (KL-0902)