```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
RITCHIE CAPITAL MANAGEMENT, L.L.C.,       :
RITCHIE RISK-LINKED STRATEGIES TRADING    :
(IRELAND), LIMITED, RITCHIE RISK-LINKED   :
STRATEGIES TRADING (IRELAND) II,          :
LIMITED, WALKERS SPV LIMITED, as          :
trustee for Ritchie Risk-Linked Life      :
Strategies Trust I and Ritchie Life       :
Strategies Master Trust, and RITCHIE      :   07 Civ. 3494 (DLC)
RISK-LINKED STRATEGIES TRADING, LTD.,     :
               Plaintiffs,                :   ORDER
                                          :
            -v-                           :
                                          :
COVENTRY FIRST LLC, THE COVENTRY GROUP,   :
INC., MONTGOMERY CAPITAL, INC., LST I     :
LLC, ALAN BUERGER, CONSTANCE BUERGER,     :
REID S. BUERGER, ANTONIO MUNIZ, ALEX      :
SELDIN, NEAL JACOBS, EILEEN SHOVLIN,      :
and JIM DODARO,                           :
               Defendants.                :
----------------------------------------X
```

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 7/17/07]

DENISE COTE, District Judge:

A July 17, 2007 Opinion and Order granted defendants' motion to dismiss but granted leave to amend. It is hereby

ORDERED that plaintiffs' amended complaint must be served by **July 31, 2007.**

IT IS FURTHER ORDERED that counsel for all parties are directed to appear for an initial pretrial conference with the Court on **August 10, 2007 at 2:30 p.m.**, at the United States Courthouse, 500 Pearl Street, New York, NY, in Courtroom 11B.

Counsel are directed to confer with each other prior to the conference regarding settlement and each of the other subjects to be considered at a Fed. R. Civ. P. 16 conference, and to

prepare a detailed written proposed schedule for any motions and discovery.

If this case has been settled or otherwise terminated, counsel are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is sent prior to the date of the conference via e-mail to the Orders and Judgment Clerk at the following e-mail address: orders_and_judgments@nysd.uscourts.gov.

All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time; and counsel are directed to appear promptly. **All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.**

Requests for adjournment may be made only in a writing received not later than two business days before the conference. The written submission must (a) specify the reasons for the adjournment, (b) state whether the other parties have consented, and (c) indicate times and dates on succeeding Fridays when all counsel are available. Unless counsel are notified that the conference has been adjourned it will be held as scheduled.

SO ORDERED:

Dated:   New York, New York
         July 17, 2007

_____
DENISE COTE
United States District Judge

2