SCANNED

Katherine G. Lindsey (KL-0902)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
*Attorney for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------- x

RITCHIE CAPITAL MANAGEMENT LLC,           )
RITCHIE RISK-LINKED STRATEGIES            )
TRADING (IRELAND), LIMITED, RITCHIE       )
RISK-LINKED STRATEGIES TRADING            )
(IRELAND) II, LIMITED, WALKERS SPV        )
LIMITED, as trustee for Ritchie Risk-Linked ) Civil Action No. 07CV3494 (DLC) (DCF)
Life Strategies Trust I and Ritchie Life Strategies )
Master Trust, and RITCHIE RISK-LINKED    ) (ECF)
STRATEGIES TRADING, LTD.,                 )
                                          )
                Plaintiffs,               )
                                          )
        v.                                )
                                          )
COVENTRY FIRST LLC, THE COVENTRY          )
GROUP, INC., MONTGOMERY CAPITAL, INC., )
LST I LLC, ALAN BUERGER, CONSTANCE        )
BUERGER, REID S. BUERGER, ANTONIO         )
MUNIZ, ALEX SELDIN, NEAL JACOBS,          )
EILEEN SHOVLIN, and JIM DODARO,           )
                                          )
                Defendants.               )
------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/07

Granted.
[signature]
July 19, 2007

**MOTION FOR *PRO HAC VICE*
ADMISSION OF DAVID A. FORKNER**

Pursuant to Local Civil Rule 1.3(c), undersigned counsel respectfully moves for

the admission *pro hac vice* of the following attorney in the above-captioned matter:

David A. Forkner, Esquire
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005