


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
| | |
|---|---|
| RITCHIE CAPITAL MANAGEMENT, L.L.C., RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND), LIMITED, RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND) II, LIMITED, WALKERS SPV LIMITED, as trustee for Ritchie Risk-Linked Strategies Trust I and Ritchie Life Strategies Master Trust, and RITCHIE RISK-LINKED STRATEGIES TRADING, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> COVENTRY FIRST LLC, THE COVENTRY GROUP, INC., MONTGOMERY CAPITAL, INC., LST I LLC, ALAN BUERGER, CONSTANCE BUERGER, REID S. BUERGER, ANTONIO MUNIZ, ALEX SELDIN, NEAL JACOBS, EILEEN SHOVLIN, and JIM DODARO, <br><br> Defendants. | Civil Action No. 07CV3494 (DLC)(DCF) <br><br> ECF Case |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and upon my annexed declaration, I, Lawrence S. Robbins, a member in good standing of the bar of this Court, hereby move for an order allowing the admission *pro hac vice* of:

> Gary A. Orseck
> Robbins, Russell, Englert, Orseck & Untereiner LLP
> 1801 K Street, N.W., Suite 411
> Washington, D.C. 20006
> Tel: (202) 775-4500
> Fax: (202) 775-4510

Mr. Orseck is a member in good standing of the bars of the District of Columbia and the states of California and Florida. There are no pending disciplinary proceedings against Mr. Orseck in any State or Federal Court.

Dated: July 19, 2007
Washington, D.C.

Respectfully submitted,

By: /s/ Lawrence S. Robbins
Lawrence S. Robbins (LR-8917)
ROBBINS, RUSSELL, ENGLERT, ORSECK
 & UNTEREINER
1801 K Street, N.W., Suite 411
Washington, D.C. 20006
Tel: (202) 775-4500
Fax: (202) 775-4510

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RITCHIE CAPITAL MANAGEMENT, L.L.C., RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND), LIMITED, RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND) II, LIMITED, WALKERS SPV LIMITED, as trustee for Ritchie Risk-Linked Strategies Trust I and Ritchie Life Strategies Master Trust, and RITCHIE RISK-LINKED STRATEGIES TRADING, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> COVENTRY FIRST LLC, THE COVENTRY GROUP, INC., MONTGOMERY CAPITAL, INC., LST I LLC, ALAN BUERGER, CONSTANCE BUERGER, REID S. BUERGER, ANTONIO MUNIZ, ALEX SELDIN, NEAL JACOBS, EILEEN SHOVLIN, and JIM DODARO, <br><br> Defendant. | Civil Action No. 07CV3494 (DLC)(DCF) <br><br> ECF Case |

### DECLARATION OF LAWRENCE S. ROBBINS IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, LAWRENCE S. ROBBINS, declare as follows:

1.   I am a partner in the law firm of Robbins, Russell, Englert, Orseck & Untereiner LLP, counsel for Plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Gary A. Orseck as counsel *pro hac vice*.

1

2. I am a member in good standing of the bars of the State of New York and the District of Columbia. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Mr. Orseck is my partner in the law firm of Robbins, Russell, Englert, Orseck & Untereiner LLP.

4. Mr. Orseck is a member in good standing of the bars of the District of Columbia and the states of Florida and California. Attached to this declaration as exhibits A, B, and C are certificates issued within the last 30 days indicating that Mr. Orseck is a member in good standing of each of these three bars.

5. Mr. Orseck is a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with, among other things, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the local rules governing practice in this court, and the Judicial Code governing practice in the United States district courts.

6. For the foregoing reasons, I respectfully request the *pro hac vice* admission of Gary A. Orseck.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 19, 2007
Washington, D.C.

_____
Lawrence S. Robbins (LR-8917)

2



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

GARY ANDREW ORSECK

was on the 17TH day of JUNE, 1992 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 18, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
         Deputy Clerk



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
www.FLORIDABAR.org

State of Florida      )

County of Leon       )

In Re:  846015
Gary Andrew Orseck
Robbins Russell Englert, et al
1801 K St. N.W., Ste. 411-L
Washington, DC

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on April 27, 1990.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an inactive member of The Florida Bar.

Dated this 5th day of July, 2007.

*Willie Mae Shepherd*
Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/smtv13:R12

**THE STATE BAR**
**OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

July 9, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, GARY ANDREW ORSECK #141053 was admitted to the practice of law in this state by the Supreme Court of California on January 13, 1989; that from the date of admission to March 8, 1990 he was an ACTIVE member of the State Bar of California; that on March 8, 1990, he transferred at his request to the INACTIVE status as of January 1, 1990; that he has been since that date, and is at date hereof, an INACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

J. Robert McPhail
Custodian of Membership Records

NOTE: *Only ACTIVE members of the State Bar of California are entitled to practice law in California. (See Sections 6006 and 6125, et seq., Business and Professions Code.)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RITCHIE CAPITAL MANAGEMENT, L.L.C., RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND), LIMITED, RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND) II, LIMITED, WALKERS SPV LIMITED, as trustee for Ritchie Risk-Linked Strategies Trust I and Ritchie Life Strategies Master Trust, and RITCHIE RISK-LINKED STRATEGIES TRADING, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> COVENTRY FIRST LLC, THE COVENTRY GROUP, INC., MONTGOMERY CAPITAL, INC., LST I LLC, ALAN BUERGER, CONSTANCE BUERGER, REID S. BUERGER, ANTONIO MUNIZ, ALEX SELDIN, NEAL JACOBS, EILEEN SHOVLIN, and JIM DODARO, <br><br> Defendant. | Civil Action No. 07CV3494 (DLC)(DCF) <br><br> ECF Case |

### [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Lawrence S. Robbins, attorney for Plaintiffs, and said sponsor attorney's declaration in support, it is

ORDERED that

>Gary A. Orseck
>Robbins, Russell, Englert, Orseck & Untereiner LLP
>1801 K Street, N.W., Suite 411
>Washington, D.C. 20006
>Tel: (202) 775-4500
>Fax: (202) 775-4510
>Email: gorseck@robbinsrussell.com

is admitted to practice *pro hac vice* as counsel for plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac fee to the Clerk of Court.

    SO ORDERED.

Dated:
New York, New York

                                                                       _____
                                                                       United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2007, I caused a copy of the Motion to Admit Counsel *Pro Hac Vice*, the Declaration of Lawrence S. Robbins in Support of Motion to Admit Counsel *Pro Hac Vice*, and the Proposed Order for Admission *Pro Hac Vice* to be served on defendants by mailing to:

>George A. Borden
>Dane H. Butswinkas
>Robert Cary
>David Forkner
>WILLIAMS & CONNOLLY LLP
>725 Twelfth Street, NW
>Washington, DC 20005

Dated: July 18, 2007

Rachel Li Wai Suen