## CERTIFICATE OF SERVICE

I hereby certify that, on this 31st day of July, 2007, I caused true and correct copies of PLAINTIFFS' FIRST AMENDED COMPLAINT to be served via hand delivery on the following counsel:

Dane H. Butswinkas
Robert M. Cary
David A. Forkner
Kenneth J. Brown
Rachel R. Shanahan
Katherine G. Lindsey
Thomas P. Windom
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

*Attorneys for Defendants*

/s/ Lawrence S. Robbins
Lawrence S. Robbins

1