UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RITCHIE CAPITAL MANAGEMENT, L.L.C.,
RITCHIE RISK-LINKED STRATEGIES
TRADING (IRELAND), LIMITED, RITCHIE
RISK-LINKED STRATEGIES TRADING
(IRELAND) II, LIMITED, WALKERS SPV          07 Civ. 3494 (DLC)
LIMITED, as trustee for Ritchie Risk-Linked
Life Strategies Trust I and Ritchie Life Strategies    ECF Case
Master Trust, and RITCHIE RISK-LINKED
STRATEGIES TRADING, LTD.,

                              Plaintiffs,

      v.

COVENTRY FIRST LLC, THE COVENTRY
GROUP, INC., MONTGOMERY CAPITAL,
INC., LST I LLC, ALAN BUERGER,
CONSTANCE BUERGER, REID S.
BUERGER, ANTONIO MUNIZ, ALEX
SELDIN, NEAL JACOBS, EILEEN SHOVLIN,
and JIM DODARO,

                              Defendants.
------------------------------------------------------------x

## NOTICE OF PLAINTIFFS' MOTION FOR RECONSIDERATION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and all the prior proceedings herein, Plaintiffs Ritchie Capital Management, L.L.C., Ritchie Risk-Linked Strategies Trading (Ireland), Limited, Ritchie Risk-Linked Strategies Trading (Ireland) II, Limited, Walkers SPV Limited, and Ritchie Risk-Linked Strategies Trading, Ltd. will move this Court before the Honorable Denise L. Cote, United States District Judge, United States Courthouse, 500 Pearl Street, New York, New York, under Federal Rule of Civil Procedure 59(e) and Local Civil Rule 6.3 for reconsideration of the Court's Opinion and Order dated July 17, 2007.

Respectfully submitted,

LAW OFFICES OF THOMAS P. PUCCIO

Thomas P. Puccio (TPP-8403)
230 Park Avenue
New York, NY 10169
Tel: (212) 883-6383
Fax: (212) 883-6388

ROBBINS, RUSSELL, ENGLERT, ORSECK & UNTEREINER LLP

By:   /s/ Lawrence S. Robbins
Lawrence S. Robbins (LR-8917)
Gary A. Orseck
Rachel S. Li Wai Suen
Daniel R. Walfish
1801 K Street, N.W.
Suite 411
Washington, D.C. 20006
Tel: (202) 775-4500
Fax: (202) 775-4510

*Counsel for Plaintiffs*

Dated: August 1, 2007