```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
RITCHIE CAPITAL MANAGEMENT, L.L.C.,       :
RITCHIE RISK-LINKED STRATEGIES TRADING    :
(IRELAND), LIMITED, RITCHIE RISK-LINKED   :
STRATEGIES TRADING (IRELAND) II,          :
LIMITED, WALKERS SPV LIMITED, as          :
trustee for Ritchie Risk-Linked Life      :
Strategies Trust I and Ritchie Life       :
Strategies Master Trust, and RITCHIE      :   07 Civ. 3494 (DLC)
RISK-LINKED STRATEGIES TRADING, LTD.,     :
                            Plaintiffs,   :   ORDER
                                          :
              -v-                         :
                                          :
COVENTRY FIRST LLC, THE COVENTRY GROUP,   :
INC., MONTGOMERY CAPITAL, INC., LST I     :
LLC, ALAN BUERGER, CONSTANCE BUERGER,     :
REID S. BUERGER, ANTONIO MUNIZ, ALEX      :
SELDIN, NEAL JACOBS, EILEEN SHOVLIN,      :
and JIM DODARO,                           :
                            Defendants.   :
-----------------------------------------X
```

DENISE COTE, District Judge:

A July 17, 2007 Opinion and Order granted defendants' motion to dismiss but granted leave to amend. On August 1, the plaintiffs filed a motion for reconsideration of the July 17 Opinion and Order. It is hereby

ORDERED that the defendants' opposition to the motion for reconsideration is due no later than **August 17, 2007**.

IT IS FURTHER ORDERED that the plaintiffs' reply, if any, is due no later than **August 24, 2007**.

At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by

delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:   New York, New York
         August 2, 2007

*/s/ Denise Cote*
DENISE COTE
United States District Judge