UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- -X

RITCHIE CAPITAL MANAGEMENT, L.L.C., RITCHIE
RISK-LINKED STRATEGIES TRADING (IRELAND),
LIMITED, RITCHIE RISK-LINKED STRATEGIES
TRADING (IRELAND) II, LIMITED, WALKERS SPV
LIMITED, as trustee for Ritchie Risk-Linked Life
Strategies Trust I and Ritchie Life Strategies Master Trust,
and RITCHIE RISK-LINKED STRATEGIES TRADING,
LTD.,

          Plaintiffs,

-v-

COVENTRY FIRST LLC, THE COVENTRY GROUP,
INC., MONTGOMERY CAPITAL, INC., LST I LLC,
ALAN BUERGER, CONSTANCE BUERGER, REID S.
BUERGER, ANTONIO MUNIZ, ALEX SELDIN, NEAL
JACOBS, EILEEN SHOVLIN, and JIM DODARO,

          Defendants.

------------------------------------------------------------- -X

07 CIV. 3494 (DLC) (DCF)*

ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/07

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute* | ___ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| X | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | | |

\* Do not check if already referred for general pretrial.

**SO ORDERED:**

DATED:    New York, New York
                August 10, 2007

                                                      _____
                                                          DENISE COTE
                                                    United States District Judge