```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
RITCHIE CAPITAL MANAGEMENT, L.L.C.,      :
RITCHIE RISK-LINKED STRATEGIES TRADING   :
(IRELAND), LIMITED, RITCHIE RISK-LINKED  :   07 CIV. 3494 (DLC)
STRATEGIES TRADING (IRELAND) II,         :
LIMITED, WALKERS SPV LIMITED, as         :   PRETRIAL
trustee for Ritchie Risk-Linked Life     :   SCHEDULING ORDER
Strategies Trust I and Ritchie Life      :
Strategies Master Trust, and RITCHIE     :
RISK-LINKED STRATEGIES TRADING, LTD.     :
                                         :
                    Plaintiffs,          :
                                         :
           -v-                           :
                                         :
COVENTRY FIRST LLC, THE COVENTRY GROUP,  :
INC., MONTGOMERY CAPITAL, INC., LST I    :
LLC, ALAN BUERGER, CONSTANCE BUERGER,    :
REID S. BUERGER, ANTONIO MUNIZ, ALEX     :
SELDIN, NEAL JACOBS, EILEEN SHOVLIN,     :
and JIM DODARO                           :
                    Defendants.          :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

   As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on August 10, 2007, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1.   The parties are instructed to contact the chambers of Magistrate Judge Freeman prior to **August 24, 2007** in order to pursue settlement discussions under her supervision.

2.   No additional parties may be joined or pleadings amended after **September 14, 2007**.

3.   The following motion will be served by the dates indicated below.

   Plaintiffs' renewed motion for reconsideration

   -   Motion served by **August 24, 2007**
   -   Opposition served by **September 21, 2007**
   -   Reply served by **September 28, 2007**

1

At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

4. If plaintiffs want more than ten depositions, they must notify defendants by **November 16, 2007**, and if defendants do not consent, the plaintiff must apply to the Court by **November 30, 2007**.

5. All fact discovery must be completed by **March 28, 2008**.

6. Plaintiffs' identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed.R.Civ.P., must occur by **April 18, 2008**. Defendants' identification of experts and disclosure of expert testimony must occur by **May 16, 2008**. Plaintiffs' disclosure of rebuttal expert testimony must occur by **May 30, 2008**.

7. All expert discovery must be completed by **June 20, 2008**.

8. The following motion will be served by the dates indicated below.

    Any motion for summary judgment

    - Motion served by **July 11, 2008**
    - Opposition served by **August 1, 2008**
    - Reply served by **August 15, 2008**

9. In the event no motion is filed, the Joint Pretrial Order must be filed by **July 11, 2008**.

    As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

    Dated:    New York, New York
              August 10, 2007

                                     _____
                                     DENISE COTE
                                     United States District Judge

2