UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RITCHIE CAPITAL MANAGEMENT, L.L.C.,
RITCHIE RISK-LINKED STRATEGIES
TRADING (IRELAND), LIMITED, RITCHIE
RISK-LINKED STRATEGIES TRADING
(IRELAND) II, LIMITED, WALKERS SPV           07 Civ. 3494 (DLC)
LIMITED, as trustee for Ritchie Risk-Linked
Life Strategies Trust I and Ritchie Life Strategies   ECF Case
Master Trust, and RITCHIE RISK-LINKED
STRATEGIES TRADING, LTD.,

                              Plaintiffs,

          v.

COVENTRY FIRST LLC, THE COVENTRY
GROUP, INC., MONTGOMERY CAPITAL,
INC., LST I LLC, ALAN BUERGER,
CONSTANCE BUERGER, REID S.
BUERGER, ANTONIO MUNIZ, ALEX
SELDIN, NEAL JACOBS, EILEEN SHOVLIN,
and JIM DODARO,

                              Defendants.
------------------------------------------------------------x

### NOTICE OF PLAINTIFFS' MOTION
### FOR RECONSIDERATION AND FOR LEAVE TO FILE THEIR
### PROPOSED SECOND AMENDED COMPLAINT

      PLEASE TAKE NOTICE that, upon the Revised Memorandum of Law submitted herewith, and all the prior proceedings herein, Plaintiffs Ritchie Capital Management, L.L.C., Ritchie Risk-Linked Strategies Trading (Ireland), Limited, Ritchie Risk-Linked Strategies Trading (Ireland) II, Limited, Walkers SPV Limited, and Ritchie Risk-Linked Strategies Trading, Ltd. will move this Court before the Honorable Denise L. Cote, United States District Judge, United States Courthouse, 500 Pearl Street, New York, New York, under Federal Rule of Civil Procedure 59(e) and Local Civil Rule 6.3 for reconsideration of the Court's Opinion and

Order dated July 17, 2007 insofar as it dismissed Counts Four, Five, and Six of the Complaint without leave to amend and rules that personal jurisdiction has not been established over Montgomery Capital, Inc., and for leave to file their Proposed Second Amended Complaint.

    Respectfully submitted,

    LAW OFFICES OF THOMAS P. PUCCIO

    Thomas P. Puccio (TPP-8403)
    230 Park Avenue
    New York, NY 10169
    Tel: (212) 883-6383
    Fax: (212) 883-6388

    ROBBINS, RUSSELL, ENGLERT, ORSECK & UNTEREINER LLP

    By:   /s/ Lawrence S. Robbins
    Lawrence S. Robbins (LR-8917)
    Gary A. Orseck
    Rachel S. Li Wai Suen
    Daniel R. Walfish
    1801 K Street, N.W.
    Suite 411
    Washington, D.C. 20006
    Tel: (202) 775-4500
    Fax: (202) 775-4510

    *Counsel for Plaintiffs*

Dated: August 24, 2007