UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
RITCHIE CAPITAL MANAGEMENT LLC,                )
RITCHIE RISK-LINKED STRATEGIES                 )
TRADING (IRELAND), LIMITED, RITCHIE            )
RISK-LINKED STRATEGIES TRADING                 )
(IRELAND) II, LIMITED, WALKERS SPV             )
LIMITED, as trustee for Ritchie Risk-Linked    ) Civil Action No. 07CV3494 (DLC) (DCF)
Life Strategies Trust I and Ritchie Life Strategies )
Master Trust, and RITCHIE RISK-LINKED          ) (ECF)
STRATEGIES TRADING, LTD.,                      )
                                               )
                      Plaintiffs,              )
                                               )
              v.                               )
                                               )
COVENTRY FIRST LLC, THE COVENTRY               )
GROUP, INC., MONTGOMERY CAPITAL, INC.,)
LST I LLC, ALAN BUERGER, CONSTANCE             )
BUERGER, REID S. BUERGER, ANTONIO              )
MUNIZ, ALEX SELDIN, NEAL JACOBS,               )
EILEEN SHOVLIN, and JIM DODARO,                )
                                               )
                      Defendants.              )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AFFIDAVIT OF KATHERINE G. LINDSEY IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION
AND FOR LEAVE TO FILE THEIR PROPOSED AMENDED COMPLAINT**

DISTRICT OF COLUMBIA ) ss:

KATHERINE G. LINDSEY, being duly sworn, states:

1.   I am over 18 years of age and associated with the law firm of Williams & Connolly LLP, counsel to Plaintiffs in the above-captioned matter. I am duly licensed to practice in the District of Columbia and the State of New York and admitted to practice before this Court. I submit this affidavit in support of Defendants' Opposition to Plaintiffs' Motion for Reconsideration and for Leave to File Their Proposed Amended Complaint. I have personal knowledge of the matters set forth herein.

2. Attached as Exhibit 1 to this affidavit is a true and correct copy of pertinent portions of the Master Policy Purchase Agreement ("MPPA") by and between LST I LLC, as Seller, and Ritchie Risk-Linked Strategies Trading (Ireland), Ltd., as Purchaser, dated June 30, 2005.

3. Attached as Exhibit 2 to this affidavit is a true and correct copy of pertinent portions of the Amended and Restated MPPA by and between LST I LLC, as Seller, and Ritchie Risk-Linked Strategies Trading (Ireland), Ltd., as Purchaser, dated September 8, 2005.

4. Attached as Exhibit 3 to this affidavit is a true and correct copy of pertinent portions of the Master Policy Purchase Agreement ("MPPA") by and between LST I LLC, as Seller, and Ritchie Risk-Linked Strategies Trading (Ireland) II, Ltd., as Purchaser, dated December 15, 2005.

5. Attached as Exhibit 4 to this affidavit is a true and correct copy of pertinent portions of the Master Policy Purchase Agreement ("MPPA") by and between LST I LLC, as Seller, and Ritchie Risk-Linked Strategies Trading (Ireland) IV, Ltd., as Purchaser, dated June 30, 2006.

6. Attached as Exhibit 5 to this affidavit is a true and correct copy of pertinent portions of the Amended and Restated Servicing and Monitoring Agreement by and between Ritchie Risk-Linked Strategies Trading (Ireland), Ltd., as Purchaser, and Coventry First LLC, as Servicer, dated September 8, 2005.

7. Attached as Exhibit 6 to this affidavit is a true and correct copy of pertinent portions of the Servicing and Monitoring Agreement by and between Ritchie Risk-Linked Strategies Trading (Ireland) II, Ltd., as Purchaser, and Coventry First LLC, as Servicer, dated December 15 2005.

8. Attached as Exhibit 7 to this affidavit is a true and correct copy of pertinent portions of the Amended and Restated Intercreditor Agreement among Ritchie Risk-Linked Strategies Trading (Ireland), Ltd. *et al.*, dated October 21, 2005.

9. Attached as Exhibit 8 to this affidavit is a true and correct copy of pertinent portions of the Amendment to Amended and Restated Intercreditor Agreement among Ritchie Risk-Linked Strategies Trading (Ireland), Ltd. *et al.*, dated January 29, 2007.

10. Attached as Exhibit 9 to this affidavit is a true and correct copy of pertinent portions of the Intercreditor Agreement among Ritchie Risk-Linked Strategies Trading (Ireland) II, Ltd. *et al.*, dated December 15, 2005.

11. Attached as Exhibit 10 to this affidavit is a true and correct copy of pertinent portions of the Amendment to Intercreditor Agreement among Ritchie Risk-Linked Strategies Trading (Ireland) IV, Ltd. *et al.*, dated January 29, 2007.

12. Attached as Exhibit 11 to this affidavit is a true and correct copy of pertinent portions of the Investment Administration and Services Agreement by and between Ritchie Risk-Linked Strategies Trading (Ireland), Ltd. and Montgomery Ltd., dated September 8, 2005.

13. Attached as Exhibit 12 to this affidavit is a true and correct copy of pertinent portions of the Investment Administration and Services Agreement by and between Ritchie Risk-Linked Strategies Trading (Ireland) II, Ltd. and Montgomery Ltd., dated December 15, 2005.

14. Attached as Exhibit 13 to this affidavit is a true and correct copy of pertinent portions of the Amendment to Investment Administration and Services Agreement by and between Ritchie Risk-Linked Strategies Trading (Ireland), Ltd. and Montgomery Ltd., dated January 29, 2007.

Executed on September 21, 2007

_____
Katherine G. Lindsey

The foregoing instrument was acknowledged before me on this 21st day of September, 2007.

_____
Notary Public
JESSICA FISCHER
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 14, 2008

3