**EXHIBIT 13**

# AMENDMENT TO INVESTMENT ADMINISTRATION AND SERVICING AGREEMENT

THIS AMENDMENT TO THE INVESTMENT ADMINISTRATION AND SERVICING AGREEMENT, dated as of January 29, 2007 (this "Amendment") is entered into by and between RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND) LIMITED, an Irish corporation (the "Company") and MONTGOMERY LIMITED, a Bermuda company (the "Bermuda Servicer").

## RECITALS

A.  The Company and the Bermuda Servicer are parties to the Investment Administration and Servicing Agreement, dated as of September 8, 2005 (the "Agreement").

B.  Concurrently with the execution of this Amendment, the Company and ABN AMRO Bank N.V., a banking corporation organized under the laws of The Netherlands, acting out of its Chicago branch (the "Senior Noteholder"), are entering into that certain Second Amendment to Senior Term Loan and Liquidity Agreement (the "Loan Amendment"), in order to increase the Liquidity Facility Limit (as defined therein) to $52,000,000 and to make certain other amendments to the Senior Term Loan and Liquidity Agreement, dated as of October 21, 2005.

C.  Concurrently with the execution of this Amendment, the Company, the Senior Noteholder, Ritchie Life Strategies Master Trust, Ritchie Capital Management (Bermuda), Ltd., Sandy Run Ltd., Coventry First LLC, Ritchie Risk-Linked Life Strategies Trust I, Montgomery Limited, U.S. Bank National Association, and ABN AMRO Trustees Limited are entering into that certain Amendment to Amended and Restated Intercreditor Agreement (the "Intercreditor Amendment"), in order to modify the Priority of Payments (as defined therein) and to make certain other amendments to the Amended and Restated Intercreditor Agreement, dated as of October 21, 2005.

NOW THEREFORE, in consideration of the premises and the mutual covenants contained herein, the parties hereto agree as follows:

1.  **Amendments to the Agreement.**

    (a)   Section 2 of the Agreement is hereby amended by inserting the following new clause (c):

    > "(c)   In performing its duties under this Agreement, the Bermuda Servicer shall cooperate with Development Specialists, Inc., as agent for the Company, or such other agent as the Company may nominate (the "Agent"). For the avoidance of doubt, nothing in this Agreement shall be deemed to prevent the Company or the Agent from separately and independently communicating with potential purchasers."

LAI:1127122.3

(b)     Section 4(b) of the Agreement is hereby amended by deleting the first two paragraphs thereof and inserting in lieu thereof the following:

"The Company shall pay to the Bermuda Servicer the Bermuda Servicer's Administration and Servicing Fees and Subordinated Administrative and Servicing Fees pursuant to and in accordance with the "Priority of Payments" established pursuant to Section 2.2(d) of the Amended and Restated Intercreditor Agreement dated as of October 21, 2005, by and among the Company, Ritchie Life Strategies Master Trust, Ritchie Capital Management (Bermuda), Ltd., Sandy Run Ltd., Coventry First LLC, Ritchie Risk-Linked Life Strategies Trust I, Montgomery Limited, U.S. Bank National Association, ABN AMRO Bank N.V., ABN AMRO Trustees Limited, and the holders, from time to time, of the Subordinated Securities or Junior Notes of the Company deemed to be a party thereto, as amended by the Amendment to Amended and Restated Intercreditor Agreement, dated as of January 29, 2007 (as so amended, the "Intercreditor Agreement").

""Administration and Servicing Fees" means, on each Payment Date (as defined in the Intercreditor Agreement), an amount equal to the sum of (i) the Accreted Fee Amount, plus (ii) the excess, if any, of the Accreted Base Amount over the Original Principal Amount (as defined in the Intercreditor Agreement) owing under the Junior Notes (as defined in the Intercreditor Agreement).

""Accreted Fee Amount" means, for any period from and including a Payment Date (as defined in the Intercreditor Agreement) to but excluding the immediately following Payment Date and as of any date of determination, (i) the Accreted Base Amount as of the Payment Date immediately preceding such date of determination, multiplied by (ii) 3.75%, multiplied by (iii) the quotient of the actual number of days elapsed from and including such immediately preceding Payment Date to but excluding such date of determination divided by 360; provided that Administration and Servicing Fees for any full monthly period from and including a Payment Date to but excluding the immediately following Payment Date shall be calculated using a 30-day month and a 360-day year.

""Accreted Base Amount" means, as of any date of determination, (i) the Original Principal Amount (as defined in the Intercreditor Agreement) owing under the Junior Notes (as defined in the Intercreditor Agreement), plus (ii) the sum of the Accreted Fee Amounts, if any, that remain unpaid with respect to each Payment Date (as defined in the Intercreditor Agreement) occurring on or prior to such date of determination, plus (iii) the Accreted Fee Amount, if any, and without duplication, for the period from the most recent Payment Date through such date of determination."

(c)     Section 4(c) of the Agreement is hereby amended by deleting the fourth sentence thereof and inserting in lieu thereof the following:

LA1:1127122.3

"In the event of any dispute concerning any amounts so due, the Company shall, at the request of the Bermuda Servicer, immediately pay over the full amount of any (i) Administration and Servicing Fees not the subject of dispute, pending final resolution of the exact amount due, into the Security Account (as defined in the Intercreditor Agreement) or to the Bermuda Servicer, as applicable, in accordance with Section 2.2(d)(viii) of the Intercreditor Agreement, and (ii) Subordinated Administration and Servicing Fees not the subject of dispute, pending final resolution of the exact amount due, to the Bermuda Servicer in accordance with Section 2.2(d)(xiv) of the Intercreditor Agreement."

2. **Conditions Precedent.**

The effectiveness of this Amendment is expressly conditioned upon the execution and delivery by all of the parties thereto of the Loan Amendment and the Intercreditor Amendment.

3. **Effect of Amendment.**

Except as expressly amended and modified by this Amendment, all provisions of the Agreement shall remain in full force and effect. After the date hereof, all references in the Agreement to "this Agreement", "hereof", or words of similar effect referring to such Agreement shall be deemed to be references to the Agreement as amended by this Amendment. This Amendment shall not be deemed to expressly or impliedly waive, amend or supplement any provision of the Agreement other than as set forth herein.

4. **Counterparts.**

This Amendment may be signed in any number of counterparts. Any single counterpart or a set of counterparts signed in either case by the parties hereto shall constitute a full and original Agreement for all purposes.

5. **Governing Law.**

This Amendment shall be governed by and construed in accordance with the substantive laws of Bermuda, without regard to the place of performance hereunder.

6. **Section Headings.**

The various headings of this Amendment are included for convenience only and shall not affect the meaning or interpretation of this Amendment, the Agreement or any provision hereof or thereof.

\* \* \* \* \*

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

IN WITNESS WHEREOF, the parties have executed this Agreement as a deed as of the day and year first above written.

Executed as a deed by:

**RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND) LIMITED**

By: _____
    Name:  JOHN PERKAN
    Title:  C.E.O.

**MONTGOMERY LIMITED**

By: _____
    Name:
    Title:

*Amendment to Bermuda Servicing Agreement*

IN WITNESS WHEREOF, the parties have executed this Agreement as a deed as of the day and year first above written.

Executed as a deed by:

**RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND) LIMITED**

By: _____
  Name:
  Title:

**MONTGOMERY LIMITED**

By: _____
  Name: Janita Burke Waldron
  Title: Vice President

*Amendment to Bermuda Servicing Agreement*