UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| RITCHIE CAPITAL MANAGEMENT LLC, RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND), LIMITED, RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND) II, LIMITED, WALKERS SPV LIMITED, as trustee for Ritchie Risk-Linked Life Strategies Trust I and Ritchie Life Strategies Master Trust, and RITCHIE RISK-LINKED STRATEGIES TRADING, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> COVENTRY FIRST LLC, THE COVENTRY GROUP, INC., MONTGOMERY CAPITAL, INC., LST I LLC, ALAN BUERGER, CONSTANCE BUERGER, REID S. BUERGER, ANTONIO MUNIZ, ALEX SELDIN, NEAL JACOBS, EILEEN SHOVLIN, and JIM DODARO, <br><br> Defendants. | Civil Action No. 07CV3494 (DLC) (DCF) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DEFENDANTS' NOTICE OF MOTION TO DISMISS
### COUNTS I AND II OF THE PROPOSED SECOND AMENDED COMPLAINT

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law and Affidavit of Katherine G. Lindsey, Esq. and exhibits annexed thereto, Defendants Coventry First LLC, The Coventry Group, Inc., Montgomery Capital, Inc., LST I LLC, Alan Buerger, Constance Buerger, Reid Buerger, Antonio Muniz, Alex Seldin, Neal Jacobs, Eileen Shovlin, and Jim Dodaro move this Court before the Honorable Denise L. Cote, U.S. District Judge, United States Courthouse, 500 Pearl Street, New York, New York for an Order pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) dismissing Counts I and II of Plaintiffs' Proposed Second Amended Complaint.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

_____/s/_____
Katherine G. Lindsey (KL-0902)
Dane H. Butswinkas
Robert M. Cary
David A. Forkner
Kenneth J. Brown

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
(202) 434-5029 (facsimile)

Dated: September 21, 2007    *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 21st day of September, 2007, I caused true and correct copies of Defendants' Notice of Motion to Dismiss Counts I and II of the Proposed Second Amended Complaint to be served electronically via the Court's ECF system on the following counsel:

Lawrence S. Robbins, Esq.
Gary A. Orseck, Esq.
Daniel R. Walfish, Esq.
Robbins, Russell, Englert, Orseck & Untereiner LLP
1801 K Street, N.W.
Washington, DC 20006
(202) 775-4500
(202) 775-4510 (telecopy)
lrobbins@robbinsrussell.com
gorseck@robbinsrussell.com
dwalfish@robbinsrussell.com


Thomas P. Puccio, Esq.
Law Offices of Thomas P. Puccio
230 Park Avenue
New York, NY 10169
(212) 883-6383
(212) 883-6388 (telecopy)
tpuccio@lotpp.com

*Attorneys for Plaintiffs*

 

                                                       Rachel R. Shanahan