UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| RITCHIE CAPITAL MANAGEMENT LLC, RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND), LIMITED, RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND) II, LIMITED, WALKERS SPV LIMITED, as trustee for Ritchie Risk-Linked Life Strategies Trust I and Ritchie Life Strategies Master Trust, and RITCHIE RISK-LINKED STRATEGIES TRADING, LTD., <br><br>Plaintiffs, <br><br>v. <br><br>COVENTRY FIRST LLC, THE COVENTRY GROUP, INC., MONTGOMERY CAPITAL, INC., LST I LLC, ALAN BUERGER, CONSTANCE BUERGER, REID S. BUERGER, ANTONIO MUNIZ, ALEX SELDIN, NEAL JACOBS, EILEEN SHOVLIN, and JIM DODARO, <br><br>Defendants. | Civil Action No. 07CV3494 (DLC) (DCF) <br><br>(ECF) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AFFIDAVIT OF KATHERINE G. LINDSEY IN SUPPORT
OF DEFENDANTS' MOTION TO DISMISS COUNTS I & II
OF PLAINTIFFS' PROPOSED SECOND AMENDED COMPLAINT**

DISTRICT OF COLUMBIA ) ss:

KATHERINE G. LINDSEY, being duly sworn, states:

1.  I am over 18 years of age and associated with the law firm of Williams & Connolly LLP, counsel to Plaintiffs in the above-captioned matter. I am duly licensed to practice in the District of Columbia and the State of New York and admitted to practice before this Court. I submit this affidavit in support of Defendants' Motion to Dismiss Counts I & II of Plaintiffs' Proposed Second Amended Complaint. I have personal knowledge of the matters set forth herein.

2.  Attached as Exhibit 1 to this affidavit is a true and correct copy of pertinent portions of the Amendment to Amended and Restated Intercreditor Agreement among Ritchie Risk-Linked Strategies Trading (Ireland), Ltd. *et al.*, dated January 29, 2007.

3.  Attached as Exhibit 2 to this affidavit is a true and correct copy of pertinent portions of the Master Policy Purchase Agreement ("MPPA") by and between LST I LLC, as Seller, and Ritchie Risk-Linked Strategies Trading (Ireland), Ltd., as Purchaser, dated June 30, 2005.

4.  Attached as Exhibit 3 to this affidavit is a true and correct copy of pertinent portions of the Master Policy Purchase Agreement ("MPPA") by and between LST I LLC, as Seller, and Ritchie Risk-Linked Strategies Trading (Ireland) II, Ltd., as Purchaser, dated December 15, 2005.

5.  Attached as Exhibit 4 to this affidavit is a true and correct copy of pertinent portions of the Master Policy Purchase Agreement ("MPPA") by and between LST I LLC, as Seller, and Ritchie Risk-Linked Strategies Trading (Ireland) IV, Ltd., as Purchaser, dated June 30, 2006.

Executed on September 21, 2007

_____
Katherine G. Lindsey

The foregoing instrument was acknowledged before me on this 21st day of September, 2007.

_____
Notary Public

JESSICA FISCHER
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 14, 2008

2