UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| RITCHIE CAPITAL MANAGEMENT, L.L.C., RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND), LIMITED, RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND) II, LIMITED, WALKERS SPV LIMITED, as trustee for Ritchie Risk-Linked Strategies Trust I and Ritchie Life Strategies Master Trust, and RITCHIE RISK-LINKED STRATEGIES TRADING, LTD., <br><br>                    Plaintiffs, <br><br>            v. <br><br>COVENTRY FIRST LLC, THE COVENTRY GROUP, INC., MONTGOMERY CAPITAL, INC., LST I LLC, ALAN BUERGER, CONSTANCE BUERGER, REID S. BUERGER, ANTONIO MUNIZ, ALEX SELDIN, NEAL JACOBS, EILEEN SHOVLIN, and JIM DODARO, <br><br>                    Defendant. | Civil Action No. 07CV3494 (DLC)(DCF) <br><br> ECF Case <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 9/24/07 |

## [PROPOSED] ORDER FOR ADMISSION OF ALISON C. BARNES
## *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Rachel S. Li Wai Suen, attorney for Plaintiffs, and said sponsor attorney's declaration in support, it is

ORDERED that    Alison C. Barnes
               Robbins, Russell, Englert, Orseck & Untereiner LLP
               1801 K Street, N.W., Suite 411
               Washington, D.C. 20006
               Tel: (202) 775-4500
               Fax: (202) 775-4510
               Email: abarnes@robbinsrussell.com

is admitted to practice *pro hac vice* as counsel for plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac fee to the Clerk of Court.

SO ORDERED.

Dated: Sept. 24, 2007
New York, New York

_____
United States District Judge