**MEMO ENDORSED**

LAW OFFICES OF THOMAS P. PUCCIO

230 PARK AVENUE
SUITE 301
NEW YORK, N.Y. 10169

TEL: 212-883-6383
FAX: 212-883-6388
E-MAIL: tpuccio@lotpp.com

RECEIVED
OCT - 1 2007
CHAMBERS OF
DENISE COTE

September 28, 2007

Hon. Denise L. Cote
United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/07

Re: *Ritchie Capital Management L.L.C. et al. v. Coventry First LLC et al.*
United States Southern District of New York, Docket No. 07 cv 3494

Dear Judge Cote:

I represent the Plaintiffs in the above-referenced case. I write to request an extension of the time in which to respond to a motion. This is Plaintiffs' first request for an extension, and defense counsel consents to it.

On Friday, September 21, Defendants filed two sets of papers: (1) an opposition to Plaintiffs' pending motion for reconsideration and for leave to file their proposed Second Amended Complaint; and (2) a motion to dismiss counts I and II of the proposed (but as yet unfiled) Second Amended Complaint. The Court has previously issued a briefing schedule for the motion for reconsideration, and consistent with it, Plaintiffs intend to file their reply on Friday, September 28.

Plaintiffs are prepared to respond to the motion to dismiss, but find it burdensome to do so at the same time that they are preparing their reply brief for the motion for reconsideration. As a result, we have contacted the Defendants, who have agreed to a schedule for briefing on this motion subject to the Court's approval.

Accordingly, the parties jointly ask the Court to approve a schedule under which Plaintiffs' opposition to the motion to dismiss would be served and filed on or before October 19, and Defendants' reply would be served and filed on or before November 2.

Granted.
Denise Cote
October 1, 2007