```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
RITCHIE CAPITAL MANAGEMENT, L.L.C.,         :
RITCHIE RISK-LINKED STRATEGIES TRADING      :
(IRELAND), LIMITED, RITCHIE RISK-LINKED     :
STRATEGIES TRADING (IRELAND) II,            :
LIMITED, WALKERS SPV LIMITED, as            :
trustee for Ritchie Risk-Linked Life        :
Strategies Trust I and Ritchie Life         :
Strategies Master Trust, and RITCHIE        :    07 Civ. 3494 (DLC)
RISK-LINKED STRATEGIES TRADING, LTD.,       :
                    Plaintiffs,             :    ORDER
                                            :
            -v-                             :
                                            :
COVENTRY FIRST LLC, THE COVENTRY GROUP,     :
INC., MONTGOMERY CAPITAL, INC., LST I       :
LLC, ALAN BUERGER, CONSTANCE BUERGER,       :
REID S. BUERGER, ANTONIO MUNIZ, ALEX        :
SELDIN, NEAL JACOBS, EILEEN SHOVLIN,        :
and JIM DODARO,                             :
                    Defendants.             :
-------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/07

DENISE COTE, District Judge:

The parties are hereby advised that my step-son Jeremy Maltby is a partner in the law firm of O'Melveny & Meyers LLP.

SO ORDERED:

Dated:  New York, New York
        October 15, 2007

                                    _____
                                            DENISE COTE
                                    United States District Judge