RECEIVED

BY ___ DATE 12/3/07

Katherine G. Lindsey (KL-0902)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
*Attorney for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - x

RITCHIE CAPITAL MANAGEMENT LLC,
et al.,                                         )
                                                )
                                                )
                Plaintiffs,                     )   Civil Action No. 07CV3494 (DLC) (DCF)
                                                )
        v.                                      )
                                                )   (ECF)
COVENTRY FIRST LLC, et al.,                     )
                                                )
                Defendants.                     )
- - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION FOR *PRO HAC VICE*
## ADMISSION OF PHILIP R. PARK

Pursuant to Local Civil Rule 1.3(c), undersigned counsel respectfully moves for

the admission *pro hac vice* of the following attorney in the above-captioned matter:

Philip R. Park, Esquire
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax. (202) 434-5029

This Motion is based on the accompanying Affidavit of Katherine G. Lindsey and

Certificates of Good Standing from the Illinois and District of Columbia Bars, of which Mr. Park

is a member. A proposed Order is attached hereto.

Dated: November 30, 2007



Respectfully submitted,

By: _____
Katherine G. Lindsey (KL-0902)

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax. (202) 434-5029

*Counsel for Defendants*

Katherine G. Lindsey (KL-0902)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
*Attorney for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
RITCHIE CAPITAL MANAGEMENT LLC,          )
et al.,                                  )
                                         )
                    Plaintiffs,          )    Civil Action No. 07CV3494 (DLC) (DCF)
                                         )
             v.                          )
                                         )    (ECF)
COVENTRY FIRST LLC, et al.,              )
                                         )
                    Defendants.          )
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## AFFIDAVIT OF KATHERINE G. LINDSEY IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION OF PHILIP R. PARK

I, KATHERINE G. LINDSEY, declare as follows:

1.     I am an attorney with the law firm of Williams & Connolly LLP, attorneys for

Defendants in the above-captioned matter, and a member in good standing of the bar of this

Court since June 12, 2007. I submit this affidavit in support of the Motion for *Pro Hac Vice*

Admission of Philip R. Park in the above-captioned matter pursuant to Local Civil Rule 1.3(c).

2.     I have worked with Mr. Park since November 7, 2007. I consider Mr. Park to be

a person of integrity and am confident that he will conduct himself accordingly before this Court.

3.     In connection with this motion, I am submitting Certificates of Good Standing

issued by the Illinois and District of Columbia Bars, of which Mr. Park is a member. I am aware

of no pending disciplinary proceedings against Mr. Park in any state or federal court.

4.    For the foregoing reasons, I respectfully move the *pro hac vice* admission of Philip R. Park in the above-captioned matter.  For the Court's convenience, a proposed order granting this motion is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C. on November 30, 2007.

Katherine G. Lindsey (KL-0902)



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

PHILLIP ROBERT PARK

was on the ___10TH___ day of ___SEPTEMBER, 2007___

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 26, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
                 Deputy Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Philip Robert Park

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 30, 2006 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Friday, November 16, 2007.

*Juleann Hornyak*

Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

RITCHIE CAPITAL MANAGEMENT LLC,        )
et al.,                                )
                                       )
                   Plaintiffs,         )  Civil Action No. 07CV3494 (DLC) (DCF)
                                       )
          v.                           )
                                       )  (ECF)
COVENTRY FIRST LLC, et al.,            )
                                       )
                   Defendants.         )

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

## [Proposed] ORDER ADMITTING COUNSEL *PRO HAC VICE*

This matter having been brought before the Court by motion pursuant to Local

Civil Rule 1.3(c) for the admission *pro hac vice* of Philip R. Park, Esquire, in the above-

captioned matter, it is this ____ day of _____ 2007, hereby

ORDERED that the motion is GRANTED, and

IT IS FURTHER ORDERED that Philip R. Park shall be admitted *pro hac vice* in

the above-captioned matter. Counsel shall remit the required $25 fee to the Cashier's Office for

this *pro hac vice* admission.

SO ORDERED:

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Katherine G. Lindsey, hereby certify that on this 30th day of November, 2007, I

caused a true and correct copy of the Notice of Motion for *Pro Hac Vice* Admission of Philip R.

Park to be served via Federal Express upon:


Lawrence S. Robbins, Esq.
Gary A. Orseck, Esq.
Daniel R. Walfish, Esq.
Robbins, Russell, Englert, Orseck & Untereiner LLP
1801 K Street, N.W.
Washington, DC 20006
(202) 775-4500
(202) 775-4510 (telecopy)
lrobbins@robbinsrussell.com
gorseck@robbinsrussell.com
dwalfish@robbinsrussell.com

Thomas P. Puccio, Esq.
Law Offices of Thomas P. Puccio
230 Park Avenue
New York, NY 10169
(212) 883-6383
(212) 883-6388 (telecopy)
tpuccio@lotpp.com

*Attorneys for Plaintiffs*


Katherine G. Lindsey (KL-0902)