Katherine G. Lindsey (KL-0902)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
*Attorney for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
RITCHIE CAPITAL MANAGEMENT LLC, )
et al., )
 )
 )
              Plaintiffs, ) Civil Action No. 07CV3494 (DLC) (DCF)
 )
v. )
 ) (ECF)
COVENTRY FIRST LLC, et al., )
 )
             Defendants. )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### MOTION FOR *PRO HAC VICE* ADMISSION OF PHILIP R. PARK

Pursuant to Local Civil Rule 1.3(c), undersigned counsel respectfully moves for

the admission *pro hac vice* of the following attorney in the above-captioned matter:

      Philip R. Park, Esquire
      Williams & Connolly LLP
      725 Twelfth Street, N.W.
      Washington, D.C. 20005
      Tel. (202) 434-5000
      Fax. (202) 434-5029

This Motion is based on the accompanying Affidavit of Katherine G. Lindsey and

Certificates of Good Standing from the Illinois and District of Columbia Bars, of which Mr. Park

is a member. A proposed Order is attached hereto.

Dated: November 30, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/07

- 2 -

Respectfully submitted,

By: _____
Katherine G. Lindsey (KL-0902)

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax. (202) 434-5029

*Counsel for Defendants*