USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                             :

RITCHIE CAPITAL MANAGEMENT, L.L.C.,    :
RITCHIE RISK-LINKED STRATEGIES TRADING :
(IRELAND), LIMITED, RITCHIE RISK-LINKED :
STRATEGIES TRADING (IRELAND) II,      :
LIMITED, WALKERS SPV LIMITED, as      :
trustee for Ritchie Risk-Linked Life  :
Strategies Trust I and Ritchie Life   :   07 Civ. 3494 (DLC)
Strategies Master Trust, and RITCHIE   :
RISK-LINKED STRATEGIES TRADING, LTD.,  :      ORDER
                  Plaintiffs,     :
                                            :
               -v-                       :

COVENTRY FIRST LLC, THE COVENTRY GROUP, :
INC., MONTGOMERY CAPITAL, INC., LST I  :
LLC, ALAN BUERGER, CONSTANCE BUERGER,  :
REID S. BUERGER, ANTONIO MUNIZ, ALEX   :
SELDIN, NEAL JACOBS, EILEEN SHOVLIN,   :
and JIM DODARO,                             :
                  Defendants.     :
                                            :
-----------------------------------------X

DENISE COTE, District Judge:

    By Opinion dated today, plaintiffs' August 24, 2007 motion for reconsideration was denied, and plaintiffs were denied leave to file their proposed second amended complaint. In addition, defendants' September 21, 2007 partial motion to dismiss was granted. Defendants' time to answer the sole remaining claim for breach of contract in plaintiffs' First Amended Complaint, filed on August 1, 2007, was extended by the pendency of their partial motion to dismiss. That motion having been granted, it is hereby

ORDERED that defendants shall answer plaintiffs' First Amended Complaint by Friday, March 21, 2008.

SO ORDERED:

Dated:    New York, New York
          February 29, 2008

                                        _____
                                             DENISE COTE
                                        United States District Judge