UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
RITCHIE CAPITAL MANAGEMENT, L.L.C., et al.,

                              Plaintiffs,

    v.

COVENTRY FIRST LLC, et al.,

                              Defendants.
------------------------------------------------------------------------x

07 Civ. 3494 (DLC)
ECF Case

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO <u>RULE 41(a)</u>**

To all Parties and the Clerk of Court:

      PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs voluntarily dismiss the above-captioned action without prejudice.

Dated: March 17, 2008

LAW OFFICES OF THOMAS P. PUCCIO

By:   s/ Thomas P. Puccio
      Thomas P. Puccio
      230 Park Avenue
      New York, NY 10169
      Tel: (212) 883-6383
      Fax: (212) 883-6388

      Lawrence S. Robbins
      Gary A. Orseck
      Alison C. Barnes
      Daniel R. Walfish
      Rachel S. Li Wai Suen
      ROBBINS, RUSSELL, ENGLERT, ORSECK,
        UNTEREINER & SAUBER LLP
      1801 K Street, N.W., Suite 411
      Washington, DC 20006
      Tel: (202) 775-4500
      Fax: (202) 775-4510

*Counsel for Plaintiffs*