```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
RITCHIE CAPITAL MANAGEMENT, L.L.C., et al.,

                Plaintiffs,

  v.

COVENTRY FIRST LLC, et al.,

                Defendants.
------------------------------------------------------------------x

07 Civ. 3494 (DLC)
ECF Case

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(A)**

To all Parties and the Clerk of Court:

      PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs voluntarily dismiss the above-captioned action without prejudice.

Date: March 17, 2008

By: _____
Lawrence S. Robbins
Gary A. Orseck
Alison C. Barnes
Daniel R. Walfish
Rachel S. Li Wai Suen
ROBBINS, RUSSELL, ENGLERT, ORSECK,
   UNTEREINER & SAUBER LLP
1801 K Street, N.W., Suite 411
Washington, DC 20006
Tel: (202) 775-4500
Fax: (202) 775-4510

Thomas P. Puccio
LAW OFFICES OF THOMAS P. PUCCIO
230 Park Avenue
New York, NY 10169
Tel: (212) 883-6383
Fax: (212) 883-6388

*Counsel for Plaintiffs*

_____
March 17, 2008