UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RITCHIE CAPITAL MANAGEMENT, L.L.C., RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND), LIMITED, RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND) II, LIMITED, WALKERS SPV, LIMITED, as trustee for Ritchie Risk-Linked Life Strategies Trust I and Ritchie Life Strategies Master Trust, and RITCHIE RISK-LINKED STRATEGIES TRADING, LTD., | Case No.: 07 Civ. 3494 (DLC)<br><br>NOTICE OF APPEAL<br>IN A CIVIL CASE |
| Plaintiffs, | |
| v. | |
| COVENTRY FIRST, LLC, THE COVENTRY GROUP, INC., MONTGOMERY CAPITAL, INC., LST I LLC, ALAN BUERGER, CONSTANCE BUERGER, REID S. BUERGER, ANTONIO MUNIZ, ALEX SELDIN, NEAL JACOBS, EILEEN SHOVLIN, and JIM DODARO, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that RITCHIE CAPITAL MANAGEMENT, L.L.C., WALKERS SPV, LIMITED, as trustee for Ritchie Risk-Linked Life Strategies Trust I and Ritchie Life Strategies Master Trust, and RITCHIE RISK-LINKED STRATEGIES TRADING, LTD., hereby appeal to the United States Court of Appeals for the Second Circuit from the Court's Opinion and Order dated July 17, 2007 and Opinion and Order dated February 29, 2008.

Yours, etc.

LAW OFFICES OF THOMAS P. PUCCIO

By: _____
Thomas P. Puccio, Esq.
Attorneys for Plaintiffs
230 Park Avenue, Suite 301
New York, NY 10169
(212) 883-6383

Dated: March 31, 2008