UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RITCHIE CAPITAL MANAGEMENT, L.L.C.; RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND), LIMITED; RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND) II, LIMITED; WALKERS SPV LIMITED, as trustee for Ritchie Risk-Linked Life Strategies Trust I and Ritchie Life Strategies Master Trust; and RITCHIE RISK-LINKED STRATEGIES TRADING, LTD.,

Plaintiffs,

v.

COVENTRY FIRST LLC; THE COVENTRY GROUP, INC.; MONTGOMERY CAPITAL, INC.; LST I LLC; ALAN BUERGER; CONSTANCE BUERGER; REID S. BUERGER; ANTONIO MUNIZ; ALEX SELDIN; NEAL JACOBS; EILEEN SHOVLIN; and JIM DODARO,

Defendants.

Case No. 07cv3494 (DLC)

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that all Plaintiffs hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order entered in this action on July 18, 2007 and the Opinion and Order entered in this action on March 3, 2008, as well as the Judgment entered in this action under Docket No. 09cv1086 on October 22, 2014 and the Memorandum Order entered in this action under Docket No. 09cv1086 on September 11, 2015.

Dated: New York, New York
October 9, 2015

SHAPIRO ARATO LLP

By: /s/ Alexandra A.E. Shapiro
Alexandra A.E. Shapiro

500 Fifth Avenue, 40th Floor
New York, New York 10110
Telephone: (212) 257-4880
Facsimile: (212) 202-6417
ashapiro@shapiroarato.com

*Attorneys for Plaintiffs*