UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------X

RITCHIE CAPITAL MANAGEMENT, L.L.C., RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND), LIMITED, RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND) II, LIMITED, WALKERS SPV LIMITED, as trustee for Ritchie Risk-Linked Life Strategies Trust I and Ritchie Life Strategies Master Trust, and RITCHIE RISK-LINKED STRATEGIES TRADING, LTD.,

Plaintiffs,

-v-

COVENTRY FIRST LLC, THE COVENTRY GROUP, INC., MONTGOMERY CAPITAL, INC., LST I LLC, ALAN BUERGER, CONSTANCE BUERGER, REID S. BUERGER, ANTONIO MUNIZ, ALEX SELDIN, NEAL JACOBS, EILEEN SHOVLIN, and JIM DODARO,

Defendants.

-----------------------------------------X

07cv3494 (DLC)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 8/8/2016

DENISE COTE, District Judge:

On August 2, 2016, the plaintiffs moved to vacate their previous voluntary dismissal without prejudice under Rule 60(b), Fed. R. Civ. P., and for entry of partial judgment under Rule 54(b), Fed. R. Civ. P. It is hereby

ORDERED that any opposition is due by August 19, 2016. The plaintiffs' reply, if any, is due on September 1, 2016.

IT IS FURTHER ORDERED that at the time any reply is served, the moving party shall supply two courtesy copies of all motion papers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
August 8, 2016

DENISE COTE
United States District Judge